| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **William Barrier Roberts** |
| | First Name   Middle Name   Last Name |
| Debtor 2 (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ALABAMA |
| Case number (if known) | |

☐ Check if this is an amended filing

B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders  12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**

**Alabama Department of Revenue**
**PO Box 327483**
**Montgomery, AL 36132**

What is the nature of the claim?   $  **$5,812.59**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
   Value of security:   - $ _____
   Unsecured claim   $ _____

Contact
Contact phone

**2**

**American Express**
**PO Box 981535**
**El Paso, TX 79998**

What is the nature of the claim?   **Credit Card**   $  **$10,403.73**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
   Value of security:   - $ _____
   Unsecured claim   $ _____

Contact
Contact phone

B104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 1

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Case 18-83442-CRJ11   Doc 2   Filed 11/16/18   Entered 11/16/18 11:41:25   Desc Main
Document   Page 1 of 4

Debtor 1  **William Barrier Roberts**  Case number *(if known)*

### 3

**Belk/Synchrony Bank**
PO Box 530940
Atlanta, GA 30353

What is the nature of the claim?  **Credit Card**  $ **$1,318.16**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)  $ _____
   Value of security:  - $ _____
   Unsecured claim  $ _____

Contact _____
Contact phone _____

### 4

**Citibank**
PO Box 790046
MO 63170

What is the nature of the claim?  **Credit Card**  $ **$8,594.98**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)  $ _____
   Value of security:  - $ _____
   Unsecured claim  $ _____

Contact _____
Contact phone _____

### 5

**First National Bank**
206 S. First Street
Pulaski, TN 38478

What is the nature of the claim?  **3252 Leeman Ferry Rd. Huntsville, AL 35801 Madison County 50% interest in property - Roberts LLC**  $ **$4,830,373.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
☐ No
■ Yes. Total claim (secured and unsecured)  $ **$5,214,573.00**
   Value of security:  - $ **$384,200.00**
   Unsecured claim  $ **$4,830,373.00**

Contact _____
Contact phone _____

### 6

**First National Bank**

What is the nature of the claim?  **All assets secured by UCC**  $ **Unknown**

**206 S. First Street**
**Pulaski, TN 38478**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Contact

Contact phone

**Does the creditor have a lien on your property?**
- ☐ No
- ■ Yes. Total claim (secured and unsecured)    $ **$500,000.00**
  - Value of security:    - $ **Unknown**
  - Unsecured claim    $ **Unknown**

---

**7**

**Home Depot**
**PO Box 790328**
**Saint Louis, MO 63179**

What is the nature of the claim?    **Credit Card**    $ **$9,445.90**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Contact

Contact phone

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $
  - Value of security:    - $
  - Unsecured claim    $

---

**8**

**Internal Revenue Service**
**Centralized Insolvency**
**Operations**
**PO Box 7346**
**Philadelphia, PA 19101**

What is the nature of the claim?    $ **$13,569.89**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Contact

Contact phone

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $
  - Value of security:    - $
  - Unsecured claim    $

---

**9**

**North Alabama Bank**
**PO Box 669**
**Hazel Green, AL 35750**

What is the nature of the claim?    **Loan**    $ **$7,000.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Contact

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $
  - Value of security:    - $

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 3

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 18-83442-CRJ11    Doc 2    Filed 11/16/18    Entered 11/16/18 11:41:25    Desc Main
Document    Page 3 of 4

| Debtor 1 | William Barrier Roberts | Case number *(if known)* | |
|---|---|---|---|

Contact phone          Unsecured claim          $ _____

**10**  **Redstone Federal Credit Union**  
220 Wynn Dr.  
Huntsville, AL 35893

**What is the nature of the claim?**   **Credit Card**   $ **$3,072.42**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____  
  Value of security:   - $ _____  
  Unsecured claim   $ _____

Contact

Contact phone

---

**Part 2:  Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X  **/s/ William Barrier Roberts**            X  _____  
**William Barrier Roberts**                      Signature of Debtor 2  
Signature of Debtor 1

Date  **November 16, 2018**                    Date  _____

B 104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 4

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Case 18-83442-CRJ11   Doc 2   Filed 11/16/18   Entered 11/16/18 11:41:25   Desc Main
Document      Page 4 of 4