IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| ROBERTS, WILLIAM BARRIER | ) CASE NO. 18-83442-CRJ11 |
| SSN: XXX-XX-9314 | ) CHAPTER 11 |
| | ) |
| Debtor. | ) |

## APPLICATION TO EMPLOY ATTORNEY

COMES NOW, William B. Roberts ("Debtor"), the Debtor in the above Chapter 11 case and requests this Court for appointment of an attorney pursuant to 11 U.S.C. § 327, and as grounds for this Application would show unto the Court as follows:

1. Debtor filed a petition for relief under Chapter 11 of the Bankruptcy Code on November 19, 2018, and, as a Debtor-in-Possession, desires to employ the law firm of Maples Law Firm, P.C. (the "Law Firm") as its attorneys in this case.

2. The members of the Law Firm are admitted to practice in this Court, have knowledge and experience in bankruptcy law practice, and are well qualified to represent the Debtor in this case.

3. In the continuance of Debtor's the pending Chapter 11 case, it will be necessary for various professional legal services to be rendered for which it is necessary to retain attorneys. These services include:

   a. Preparing pleadings and applications and conducting examinations incidental to any related proceedings or to the administration of this case;

   b. Developing the relationship of the status of the Debtor to the claims of creditors in this case;

   c. Advising the Debtor of its rights, duties, and obligations as Debtor operating under Chapter 11 of the Bankruptcy Code;

   d. Taking any and all other necessary action incident to the proper preservation and administration of this Chapter 11 case; and

   e. Advising and assisting the Debtor in the formation and preservation of a plan pursuant to Chapter 11 of the Bankruptcy Code, the disclosure statement, and any and all matters related thereto.

4. To the best of applicant's knowledge and as evidenced by the attached declaration, no member of the Law Firm holds or represents an interest adverse to this estate and all members are "disinterested" persons under the Bankruptcy Code.

5. Applicant proposes to compensate the Law Firm for the services of its members according to their standard hourly rate as that rate may from time to time be adjusted during the pendency of this Chapter 11 case. The current rate for the bankruptcy partner that will be the Debtor's main contact is $360.00 per hour. The rate for associates charged by the Law Firm is currently $205.00 to $215.00 per hour. The rate for paralegals charged by the Law Firm is currently $55.00 to $130 per hour. All payments will be subject to approval and allowance by the Court.

WHEREFORE, Applicant prays that it be authorized to obtain, appoint, and employ the Law Firm as its attorneys to represent it in this case under the terms and conditions provided above.

DATED November 19, 2018.

/s/ William B. Roberts

/s/Stuart M. Maples
Stuart M. Maples

Maples Law Firm, PC
200 Clinton Ave. West, Suite 1000
Huntsville, AL 35801
(256) 489-9779 – Telephone
(256) 489-9720 – Facsimile
smaples@mapleslawfirmpc.com

# CERTIFICATE OF SERVICE

   I hereby certify that I have served a copy of the foregoing by the method stated below on the following on November 19, 2018.

Richard Blythe
Bankruptcy Administrator
P.O. Box 3045
Decatur, AL   35602
Via email:  richard_blythe@alnba.uscourts.gov

Via U.S. Mail to all creditors on attached matrix

                */s/ Stuart M. Maples*
                OF COUNSEL

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| ROBERTS, WILLIAM BARRIER | ) CASE NO. 18-83442-CRJ11 |
| SSN: XXX-XX-9314 | ) CHAPTER 11 |
| | ) |
| Debtor. | ) |

## ATTORNEY'S DECLARATION

Now comes Stuart M. Maples and in support of the application of the above Debtor for employment of an attorney in this Chapter 11 states as follows:

1. I am a member of the firm of Maples Law Firm, P.C. (the "Law Firm") and have been duly admitted to practice in this Court.

2. To the best of my knowledge, each member of this firm is a disinterested person in this case and no member represents or holds any interest adverse to the estate in the matters upon which the firm is to be engaged.

3. To the best of my knowledge, no member of the Law Firm has any connection with the Debtor, its creditors, or any other party in interest or their respective attorneys including the U.S. Trustee or any employee of the Bankruptcy Administrator's Office in this District.

4. The Law Firm has agreed to represent the Debtor in this Chapter 11 case upon the terms and conditions set forth in the Debtor's Application.

5. The law firm has not agreed to split or share any compensation received in this matter with any other person or entity.

Dated November 19, 2018.

/s/ STUART M. MAPLES
STUART M. MAPLES

MAPLES LAW FIRM, PC
200 CLINTON AVE. WEST, SUITE 1000
HUNTSVILLE, AL 35801
(256) 489-9770 – TELEPHONE
(256) 489-9720 - FACSIMILE

SWORN TO AND SUBSCRIBED BEFORE
ME ON NOVEMBER 19, 2018

/s/ JESSICA WALKER
NOTARY PUBLIC
My Commission Expires: April 17, 2017

Loretta Lynch US Attorney General
US Dept. of Justice
950 Pennsylvania Ave NW
Washington, DC 20530

Luther Strange
Alabama Attorney General
PO Box 300152
Montgomery, AL 36130

Joyce White Vance
US Attorney General
1801 4th Ave North
Birmingham, AL 35203

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101

State of Alabama
Department of Revenue Legal Division
PO Box 320001
Montgomery, AL 36132

First National Bank
206 S. First Street
Pulaski, TN 38478

GMFS LLC c/o SLS
8742 Lucent Blvd., Ste 300
Highlands Ranch, CO 80129

Smart Bank
PO Box 1910
Pigeon Forge, TN 37868

Alabama Department of Revenue
PO Box 327483
Montgomery, AL 36132

American Express
PO Box 981535
El Paso, TX 79998

Belk/Synchrony Bank
PO Box 530940
Atlanta, GA 30353

Citibank
PO Box 790046
MO 63170

Home Depot
PO Box 790328
Saint Louis, MO 63179

Melanie Murray
612 Eustis Ave
Lima, OH 45801

North Alabama Bank
PO Box 669
Hazel Green, AL 35750

Redstone Federal Credit Union
220 Wynn Dr.
Huntsville, AL 35893