# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| WILLIAM BARRIER ROBERTS ) | |
| EIN: XXX-XX-9314 ) | CASE NO. 18-83442-CRJ11 |
| ) | |
| Debtor. ) | CHAPTER 11 |
| ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that Kevin C. Gray hereby enters an appearance, pursuant to section 1109(b) of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), on behalf of SHANNAN LEAGUE ROBERTS, a creditor and party in interest in the above-captioned proceeding (the "Interested Party"). The undersigned hereby requests, pursuant to Bankruptcy Rules 2002, 3017, 7005 and 9007, and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the address, facsimile number or electronic mail address set forth below:

> Kevin C. Gray
> BRADLEY ARANT BOULT CUMMINGS LLP
> 200 Clinton Avenue W, Suite 900
> Huntsville, Alabama 35801
> Telephone: (256) 517-5100
> Facsimile: (256) 517-5200
> E-mail: kgray@bradley.com

Please take further notice that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand,

motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, electronically, telephone, telegraph, telex or otherwise filed or made with regard to the referenced case and proceedings therein.

Please take further notice that neither this notice of appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive the Interested Party's (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which the Interested Party is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Respectfully submitted, this 20th day of December, 2018.

/s/ *Kevin C. Gray*
Kevin C. Gray

**OF COUNSEL:**
BRADLEY ARANT BOULT CUMMINGS LLP
200 Clinton Avenue West, Suite 900
Huntsville, Alabama 35801-4900
kgray@bradley.com
Telephone: (256) 517-5100
Facsimile: (256) 517-5200

*Attorneys for SonoDynamics, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and all others registered to receive such notice:

Stuart M. Maples
Maples Law Firm, PC
200 Clinton Ave W, Suite 1000
Huntsville, AL 35801

*Counsel to Debtor*

Richard Blythe
US Bankruptcy Administrator
1800 5th Avenue North
Birmingham, AL 35203

*Bankruptcy Administrator*

/s/ *Kevin C. Gray*
Of Counsel

3

4826-8077-3508.1