IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

IN RE: )
)
William Barrier Roberts, ) CASE NO. 18-83442-CRJ11
SSN: xxx-xx-9314 )
    Debtor. ) CHAPTER 11

## BANKRUPTCY ADMINISTRATOR'S RECOMMENDATION CONCERNING THE DEBTOR'S APPLICATION TO EMPLOY STEVEN MITCHELL HOWIE, AS SPECIAL COUNSEL

COMES NOW the United States Bankruptcy Administrator for the Northern District of Alabama, by and through the undersigned counsel of record, and regarding the application to employ special counsel filed by the debtor, states as follows:

1. The Bankruptcy Administrator, has reviewed the application to employ **Steven Mitchell Howie, as Special Counsel** filed by the debtor in the above styled case. The application provides for the payment of a $5,000.00 retainer to special counsel. The Bankruptcy Administrator is unable to recommend approval of the employment with the provision for the retainer.

WHEREFORE, these premises considered, the Bankruptcy Administrator recommends that the Court not approve the application.

Respectfully submitted 13 February 2019.

J. THOMAS CORBETT
United States Bankruptcy Administrator for the
Northern District of Alabama

BY:   /s/ Richard M. Blythe
       Richard M. Blythe
       Assistant U.S. Bankruptcy Administrator
       Alabama. Bar ID: ASB-3199-B52R

OF COUNSEL:
United States Bankruptcy Administrator
Northern District of Alabama
Seybourn H. Lynne Federal Building
Post Office Box 3045
400 Well Street NE, Room 236
Decatur, Alabama 35602

(256) 340-2740

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on 13 February 2019, I have served a copy of the foregoing on the parties listed below by depositing the same in the United States Mail, postage prepaid and properly addressed, or if the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4. of the Court's Administrative Procedures.

**Stuart M. Maples**, Esq., via CM/ECF electronic service at <u>smaples@mapleslawfirmpc.com</u>

/s/ Richard M. Blythe
Richard M. Blythe
Assistant U.S. Bankruptcy Administrator