IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| William Barrier Roberts, | ) | CASE NO. 18-83442-CRJ11 |
| | ) | |
| Debtor(s) | ) | CHAPTER 11 |

**MOTION TO CONVERT CASE TO ONE UNDER CHAPTER 7 OR IN THE ALTERNATIVE DISMISS CASE PURSUANT TO 11 U.S.C. § 1112(b)**

COMES NOW the United States Bankruptcy Administrator for the Northern District of Alabama ("BA"), by and through the undersigned counsel of record, and hereby files this Motion to convert the above case to one under Chapter 7, or in the alternative dismiss the case, whichever the Court finds to be in the best interests of creditors and the estate. In support thereof, the BA states as follows:

1. The Debtor commenced the above-styled case by filing a voluntary petition under Chapter 11 of the Bankruptcy Code on November 16, 2018.

2. The Debtor is delinquent in filing its Quarterly Fee Statements and in payment of chapter 11 quarterly fees, as authorized by the Judicial Conference of the United States pursuant to 28 U.S.C. § 1930(a)(7). The aforesaid constitutes "cause" warranting dismissal or conversion to chapter 7 under 11 U.S.C. § 1112(b).

WHEREFORE, based on the foregoing grounds, the Bankruptcy Administrator moves the Court pursuant to 11 U.S.C.§1112(b), to convert the case to one under Chapter 7 or in the alternative dismiss the case, whichever the Court finds to be in the best interests of creditors and the estate, and for such other, further and different relief to which he may be entitled.

Respectfully submitted 28 March 2019.

        J. THOMAS CORBETT
        United States Bankruptcy Administrator for the Northern
        District of Alabama

        BY: /s/ Richard M. Blythe
              Richard M. Blythe
              Assistant U.S. Bankruptcy Administrator
              Alabama. Bar ID: ASB-3199-B52R

OF COUNSEL:
United States Bankruptcy Administrator
Northern District of Alabama
Seybourn H. Lynne Federal Building

Post Office Box 3045
400 Well Street NE, Room 236
Decatur, Alabama 35602
(256) 340-2740

## CERTIFICATE OF SERVICE

      I hereby certify that on 28 March 2019, I have served a copy of the foregoing on the parties listed below by depositing the same in the United States Mail, postage prepaid and properly addressed, or if the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4. of the Court's Administrative Procedures.

Stuart M Maples, Esq., Attorney for Debtor, Via Electronic CMECF Service
smaples@mapleslawfirmpc.com

                                        /s/ Richard M. Blythe
                                        Richard M. Blythe
                                        Assistant U.S. Bankruptcy Administrator