IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ROBERTS, WILLIAM BARRIER | ) | CASE NO. 18-83442-CRJ11 |
| SSN: XXX-XX-9314 | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

## MOTION TO RECONSIDER ORDER DATED MAY 31, 2019

COMES NOW, William Roberts, the Debtor, by and through undersigned counsel, and hereby requests this Court to reconsider its Order dated May 31, 2019 [Doc. 111] on Debtor's Motion to Withdraw Approval of Blake Cantrell of Coldwell Bank of the Valley as Realtor for the Debtor, which was filed in Response to the Bankruptcy Administrator's Recommendation on the Debtor's Application to Employ Julie Lockwood of Van Valkenburgh & Wilkinson Prop., as Realtor. [Doc. 107]. In support thereof, the Debtor states as follows:

1. On February 4, 2019, Debtor filed an Application to Employ Blake Cantrell of Coldwell Bank of the Valley as Realtor *nunc pro tunc* [Doc. 44]. On February 22, 2019 this Court entered an Order Approving Debtor's Application to Employ Realtor [Doc. 56].

2. On May 15, 2019, Debtor filed an Application to Employ Julie Lockwood of Van Valkenburgh & Wilkinson, Prop., as Realtor for Debtor *nunc pro tunc* [Doc. 91].

3. On May 29, 2019, the Bankruptcy Administrator filed his Recommendation on Debtor's Application to Employ Julie Lockwood of Van Valkenburgh & Wilkinson, Prop., as Realtor [Doc. 103] and recommended that the court **not approve** the Debtor's application until

further information was supplied as to the ongoing employment of Blake Cantrell of Coldwell Banker of the Valley.

4. In response to the BA's recommendation, on May 30, 2019, Debtor filed a Motion to Withdraw Approval of Blake Cantrell of Coldwell Bank of the Valley as Realtor for the Debtor. [Doc. 107].

5. On May 31, 2019, this Court entered an Order (Doc.111], approving the withdrawal of Debtor's Application to Employ Julie Lockwood as Realtor instead of approving the withdrawal of Blake Cantrell as Realtor.

WHEREFORE, premises considered, Debtor requests this Honorable Court to enter an Order approving the withdrawal of Blake Cantrell of Coldwell Banker of the Valley and further approving the application of Julie Lockwood of Van Valkenburgh & Wilkinson Prop. as realtor for the Debtor, and for such other and further relief as this Court deems just and proper.

Respectfully submitted June 19, 2019.

/s/ Stuart M. Maples
STUART M. MAPLES (ASB-1974-S69S)
DEANNA S. SMITH (ASB-3083-E39S)

MAPLES LAW FIRM, PC
200 Clinton Avenue West, Suite 1000
Huntsville, Alabama 35801
Tel: (256) 489-9779
Fax: (256) 489-9720
smaples@mapleslawfirmpc.com
dsmith@mapleslawfirmpc.com

# CERTIFICATE OF SERVICE

  I do hereby certify that on June 19, 2019, a copy of the foregoing document was served on the following by the means indicated below:

Richard Blythe
Bankruptcy Administrator
richard_blythe@alnba.uscourts.gov

All parties requesting notice via CM/ECF

Via U.S. Mail to all creditors on matrix

                /s/ *Stuart M. Maples*
                STUART M. MAPLES