UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | } | |
| WILLIAM BARRIER ROBERTS | } | CASE NO. 18-83442-CRJ-11 |
| SSN: XXX-XX-9314 | } | |
| | } | CHAPTER 11 |
| Debtor(s). | } | |

### ORDER ON MOTION TO RECONSIDER ORDER DATED MAY 31, 2019

Before the Court is the Debtor's Motion to Reconsider Order Dated May 31, 2019, requesting that the Court entered an order approving the Debtor's Motion to Withdraw Approval of Blake Cantrell of Coldwell Bank of the Valley as Realtor for the Debtor, and further approving the Debtor's Application to Employ Julie Lockwood of Van Valkenburgh & Wilkinson Prop. as Realtor *Nunc Pro Tunc*. For cause shown, it is hereby

**ORDERED, ADJUDGED AND DECREED** as follows:

1. The Motion to Reconsider Order Dated May 31, 2019 is **APPROVED** as set forth herein.

2. The Motion to Withdraw Approval of Blake Cantrell of Coldwell Bank of the Valley as Realtor for the Debtor is **APPROVED**.

3. The hearing on the Application to Employ Julie Lockwood of Van Valkenburgh & Wilkinson Prop. as Realtor *Nunc Pro Tunc* will be held on **July 1, 2019** at **2:30 p.m**. before the Honorable Clifton R. Jessup, Jr. at the United States Bankruptcy Court, 3rd Floor Courtroom, 400 Well Street, Decatur, AL 35601.

Dated this the 20th day of June, 2019.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge