# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| In the Matter of: } | |
| WILLIAM BARRIER ROBERTS } | CASE NO. 18-83442-CRJ-11 |
| SSN: XXX-XX-9314 } | |
| } | CHAPTER 11 |
| Debtor(s). } | |

## ORDER SCHEDULING STATUS CONFERENCE ON CONFIRMATION AND ON OBJECTIONS TO CLAIMS

The above-styled case is scheduled for Confirmation on November 13, 2019. This case is also scheduled for hearing on October 23, 2019 on various Objections to Claims filed by the Debtor which are related to the pending Adversary Proceeding styled *Roberts v. Murray, et al.*, AP. No. 19-80017-CRJ-11. The Court finds that a Status Conference should be held prior to the scheduled Confirmation Hearing pursuant to 11 U.S.C. § 105(d) to discuss the expeditious resolution of this case.

**IT IS THEREFORE ORDERED, ADJUDGED and DECREED** that counsel for the parties must appear at the Status Conference on **October 23, 2019** at **11:30 a.m.** before the Honorable Clifton R. Jessup, Jr. at the Federal Building, 101 Holmes Avenue, Huntsville, Alabama.

Dated this the 16th day of October, 2019.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge