IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| WILLIAM BARRIER ROBERTS, ) | CASE NO. 18-83442-CRJ11 |
| SSN: XXX-XX-9314 ) | CHAPTER 11 |
| ) | |
| Debtor. ) | |
| ) | |

**EMERGENCY MOTION FOR AUTHORITY TO SELL DEBTOR'S
THIRTY-THREE AND ONE-THIRD PERCENT
MEMERSHIP INTEREST IN RBO, LLC**

COMES NOW William Barrier Roberts ("Debtor"), by and through undersigned counsel, and hereby moves this Court (the "Motion") for an entry of an Order authorizing Debtor to sell his thirty-three and one-third percent (33%) membership interest in RBO, LLC, including all rights, claims and benefits appertaining to the assets of the company, payment streams, and all files, documents, writings and other materials with respect thereto, free and clear of all liens, to Roscoe Roberts. This application is made pursuant to 11 U.S.C. § 363(b) and Bankruptcy Rule 6004. In support hereof, Debtor states as follows:

**INTRODUCTION**

1. On November 16, 2018 (the "Petition Date"), Debtor filed a petition for Chapter 11 bankruptcy commencing the above-captioned bankruptcy case.

2. At the time of the filing of the petition Debtor had a one-third interest in RBO, LLC.

3. RBO, LLC is an Alabama Limited Liability Company in good standing.

4. Debtor has entered into an Assignment of Interest in Limited Liability Company (the "Assignment") to sell his thirty-three and one-third membership interest (the "Property") to Roscoe Roberts for the sum of Sixty Thousand and NO/100 Dollars ($60,000.00). Debtor believes

the price provided for in the Assignment is reasonable and represents fair value for the Property to be sold in this circumstance.

5. Debtor believes it is in the best interest of the estate and its creditors that the estate sell his interest in the Property to Roscoe Roberts pursuant to the terms of the Assignment attached hereto as <u>Exhibit A</u>.

6. Any person objecting to the validity, proprietary, or legality and/or having any objection of any kind to the sale as described herein shall file a written objection to the sale on or before five (5) business days before the date set for the hearing on this Motion and simultaneously serve copies on the attorney for the Debtor at the address listed in this Motion and the Trustee, in accordance with Fed. R. Bankr. P. 6004(b).

WHEREFORE, Debtor requests that this Court enter an Order Confirming Sale of the Property as set forth above, that Debtor be authorized to take such steps, make such payments, and execute such documents as reasonably necessary to implement and effectuate said sale, and that the Court grant such further relief as may be just and equitable under the circumstances.

Respectfully submitted this the 9th of December, 2019.

<i>/s/ Stuart M. Maples</i><br>
STUART M. MAPLES (ASB-1974-S69S)

MAPLES LAW FIRM, PC
200 Clinton Avenue West, Suite 1000
Huntsville, Alabama 35801
Tel: (256) 489-9779
Fax: (256) 489-9720
smaples@mapleslawfirmpc.com

# CERTIFICATE OF SERVICE

I do hereby certify that on December 9, 2019, a copy of the foregoing document was served on the following by Electronic Case Filing a copy of the same.

Richard Blythe
Bankruptcy Administrator
richard_blythe@alnba.uscourts.gov

All parties requesting notice via CM/ECF

I do hereby certify that on December 9, 2019, a copy of the foregoing document was served on the following by mailing a copy of the same United States Mail, properly addressed and first-class postage prepaid.

Roscoe Roberts
c/o L. Franklin Corley IV
SIROTE & PERMUTT, PC
305 Church Street, Suite 800
Huntsville, AL  35801

Via U.S. Mail to all creditors on matrix

/s/ *Stuart M. Maples*
STUART M. MAPLES

STATE OF ALABAMA      )

COUNTY OF MADISON    )

## ASSIGNMENT OF INTEREST IN LIMITED LIABILITY COMPANY

THIS ASSIGNMENT OF INTEREST IN LIMITED LIABILITY COMPANY (the "Assignment") is made, entered into and effective as of the 12th day of November, 2019, by and between Bill Roberts (the "Assignor") and Roscoe Roberts (the "Assignee").

W I T N E S S E T H:

WHEREAS, the limited liability company, RBO, LLC (the "LLC"), was organized on October 21, 2011; and

WHEREAS, Assignor, Assignee, and Owen Roberts are the current members of the LLC, and

WHEREAS, Assignor currently owns a Thirty-Three and One-Third Percent (33.33%) interest in the LLC; and

WHEREAS, Assignor desires to transfer and convey the Thirty-Three and One-Third Percent (33.33%) interest in the LLC (hereinafter referred to as the "Membership Interest") to Assignee, and Assignee desires to accept the Membership Interest. Assignee agrees to be bound by all terms and conditions of the Operating Agreement.

1. NOW, THEREFORE, for payment of Sixty Thousand and no/100 dollars ($60,000.00) and other good and valuable consideration the receipt and sufficiency of which is acknowledged by Assignor and in consideration of the above premises and the mutual covenants of the parties, the Assignor does hereby sell, assign, transfer, and set over unto Assignee all of his rights, title and interest in and to the Membership Interest, free and clear of all claims, liens, charges or encumbrances of any kind. Assignee does hereby accept the transfer of the Membership Interest.

2. This Assignment shall be binding upon and shall inure to the benefit of the successors in interest, assigns and heirs (if applicable) of each of the parties hereto.

3. The Assignor, for himself and his heirs successors and assigns forever, does hereby represent and warrant to the Assignee that the title conveyed hereby to the Membership Interest is good, its transfer is rightful, and the Membership Interest is delivered hereby free from any security interest or other lien or encumbrance.

4. The construction, validity and enforcement of this Assignment shall be determined according to the laws of the State of Alabama.

5. This Assignment may be executed in any number of counterparts, each of which shall be considered to be an original instrument.

IN WITNESS WHEREOF, the undersigned have executed this Assignment on this the day and year first written above.

ASSIGNOR:

_____
Bill Roberts

ASSIGNEE:

_____
Roscoe Roberts

I, Owen Roberts, do consent to the assignment as set forth herein.

_____
Owen Roberts

2

```
Label Matrix for local noticing          Bullet & Barrel, LLC                  Callahan PC
1126-8                                   612 Eustis Avenue                     301 Washington St. Ste 301
Case 18-83442-CRJ11                      Huntsville, AL 35801-4114             Huntsville, AL 35801-4892
NORTHERN DISTRICT OF ALABAMA
Decatur
Mon Dec  9 10:41:27 CST 2019

First National Bank of Pulaski           PRA Receivables Management, LLC       SPECIALIZED LOAN SERVICING LLC
206 South 1st Street                     PO Box 41021                          8742 Lucent Blvd, Suite 300
Pulaski, TN 38478                        Norfolk, VA 23541-1021                Highlands Ranch, CO 80129-2386


SmartBank                                U. S. Bankruptcy Court                *Alabama Department of Revenue
c/o Justin B. Little                     400 Well Street                       PO Box 327483
REYNOLDS, REYNOLDS & LITTLE, LLC         P. O. Box 2775                        Montgomery, AL 36132-7483
Post Office Box 2863                     Decatur, AL 35602-2775
Tuscaloosa, AL 35403-2863

*American Express                        *Belk/Synchrony Bank                  *GMFS LLC c/o SLS
PO Box 981535                            PO Box 530940                         8742 Lucent Blvd., Ste 300
El Paso, TX 79998-1535                   Atlanta, GA 30353-0940                Highlands Ranch, CO 80129-2386


*Home Depot                              *Internal Revenue Service             *North Alabama Bank
PO Box 790328                            Centralized Insolvency Operations     PO Box 669
Saint Louis, MO 63179-0328               PO Box 7346                           Hazel Green, AL 35750-0669
                                         Philadelphia, PA 19101-7346


*Redstone Federal Credit Union           716 Harding Way SE                    American Express National Bank
220  Wynn Dr.                            c/o Kevin C. Gray                     c/o Becket and Lee LLP
Huntsville, AL 35893-0001                Bradley Arant Boult Cummings LLP      PO Box 3001
                                         200 Clinton Avenue W, Suite 900       Malvern  PA 19355-0701
                                         Huntsville, AL 35801-4933

Bullet & Barrel, LLC                     Charlotte Schlittler                  David R. Beasley
c/o Melanie Murray                       c/o Kevin Gray, Esq.                  655 Gallatin Street
612 Eustis Ave                           Bradley Arant Boult Cummings, LLP     Huntsville, Alabama 35801-4936
Huntsville, AL 35801-4114                200 Clinton Avenue West, Ste. 900
                                         Huntsville, Alabama 35801-4933

Dr. Rhett Blake Murray                   First National Bank                   GMFS LLC
612 Eustice Ave                          2101 Clinton Avenue, Suite 101        c/o Specialized Loan Servicing LLC
Huntsville, AL 35801-4114                Huntsville, Alabama 35805-3093        8742 Lucent Blvd, Suite 300
                                                                               Highlands Ranch, Colorado 80129-2386


Internal Revenue Service                 Jayna P. Lamar                        Joyce White Vance
P.O. Box 7346                            1901 Sixth Avenue North               US Attorney General
Philadelphia, PA  19101-7346             2400 Regions/Harbert Plaza            1801 4th Ave North
                                         Birmingham, AL 35203                  Birmingham, AL 35203-2101


Loretta Lynch US Attorney General        Luther Strange                        Melanie Murray
US Dept. of Justice                      Alabama Attorney General              612 Eustis Ave
950 Pennsylvania Ave NW                  PO Box 300152                         Huntsville, AL 35801-4114
Washington, DC 20530-0009                Montgomery, AL 36130-0152
```

| | | |
|---|---|---|
| North Alabama Bank<br>220 Providence Main<br>Huntsville, AL 35806-4831 | Secretary of the Treasury<br>1500 Pennsylvania Ave., NW<br>Washington, DC 20220-0001 | (p)SMARTBANK<br>ATTN LYNN VANDERGRIFF - SPECIAL ASSETS<br>6413 LEE HIGHWAY<br>SUITE 107<br>CHATTANOOGA TN 37421-4860 |
| State of Alabama<br>Department of Revenue Legal Division<br>PO Box 320001<br>Montgomery, AL 36132-0001 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | U.S.Securities & Exchange Commission<br>Reg Director,Branch of Reorganization<br>Atlanta Regional Office,<br>Suite 900 950 East Paces Ferry Road<br>Atlanta, GA 30326-1382 |
| United States Attorney<br>Northern District of Alabama<br>1801 Fourth Avenue North<br>Birmingham, AL 35203-2101 | United States Bankruptcy Administrator<br>Northern District of Alabama<br>1800 Fifth Avenue North<br>Birmingham, AL 35203-2111 | Walter A. Dodgen<br>655 Gallatin Street<br>Huntsville, Alabama 35801-4936 |
| Blake Cantrell<br>Caldwell Banker of the Valley<br>7027 Old Madison Pike Suite 102<br>Huntsville, AL 35806-2369 | Charlotte Bentley Schlittler<br>c/o Kevin Gray<br>200 Clinton Ave W<br>Suite 900<br>Huntsville, AL 35801-4933 | David R. Beasley<br>655 Gallatin Street<br>Huntsville, AL 35801-4936 |
| Jayna Partain Lamar<br>Maynard, Cooper & Gale, P.C.<br>1901 Sixth Ave North<br>Suite 2400<br>Birmingham, AL 35203-4604 | Melanie Hammer Murray<br>612 Eustis Avenue<br>Huntsville, AL 35801-4114 | Rhett Murray<br>612 Eustis Avenue<br>Huntsville, AL 35801-4114 |
| Richard M Blythe<br>United States Bankruptcy Administrator<br>PO Box 3045<br>Decatur, AL 35602-3045 | Shannan League Roberts<br>c/o Kevin Gray<br>200 Clinton Ave W<br>Suite 900<br>Huntsville, AL 35801-4933 | Stuart M Maples<br>Maples Law Firm<br>200 Clinton Ave. West, Ste. 1000<br>Huntsville, AL 35801-4919 |
| Stuart M Maples<br>Maples Law Firm, PC<br>200 Clinton Avenue W.<br>Suite 1000<br>Huntsville, AL 35801-4919 | Walter A Dodgen<br>655 Gallatin Street<br>Huntsville, AL 35801-4936 | William Barrier Roberts<br>2115 Big Cove Rd<br>Huntsville, AL 35801-1347 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Smart Bank
PO Box 1910
Pigeon Forge, TN 37868

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)NORTH ALABAMA BANK | (u)*Citibank<br>PO Box 790046<br>MO 63170 | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
|---|---|---|

End of Label Matrix
Mailable recipients    50
Bypassed recipients     3
Total                  53