# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: William Barrier Roberts    CASE NO.: 18-83442-CRJ-11    MONTH ENDING: 11-30-19

Operating reports are to be filed monthly, in duplicate, with the
Bankruptcy Clerk's Office by the 15th of each month

## INDIVIDUAL DEBTOR'S AFFIRMATIONS

1. YES ✓  NO ___  All post petition individual taxes have been paid and the deposit slips are attached.

If you answered "No" to the above, list the types of taxes that are now due and owing.

| TYPE OF TAX | AMOUNT |
|---|---|
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |

2. YES ___ NO ✓  Adequate insurance on all assets/property including fire, theft, liability, collision and casualty is currently in full force and effect.

If no, enter: TYPE(S) _____ not in force.

List **All** Bank Accounts

| | Bank | Account No. | Type of Acct. | Balance |
|---|---|---|---|---|
| 1. | PNC | 8575 | Personal | 681.81 |
| 2. | | | | $ |
| 3. | | | | $ |

4. YES ✓ NO ___  Copies of all banks statements and reconciliations are attached.

5. YES ✓ NO ___  I have otherwise complied with all requirements of the Chapter 11 Operating Order.

6. YES ✓ NO ___  All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles.

7. YES ✓ NO ___  I have attached a list of all post petition creditors that have been incurred since the filing of this case but that have not been paid, including Court approved professional (attorney, accountant, etc.) fees.

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 11.30.19
PHONE 256.990-7858

_William B Roberts_
RESPONSIBLE PARTY

Bankruptcy Administrator Form Individual BA-01

United States Bankruptcy Court   Northern District of Alabama   Northern Division

CASE NAME: William Barrier Roberts   CASE NO.: 18-83422-CRJ-11   MONTH ENDING: 11-30-19

### Individual Debtor's Cash Receipts and Disbursement   BA-02

Receipts/Income (GROSS)   $ 3410
- Alimony, Maintenance, Support received   _____
- Other Income
  - Interest   _____
  - Sale/rent of real estate or personal property   _____
  - Social Security   _____
  - Pension or Retirement   _____
  - Other (specify)   _____

**TOTAL RECEIPTS/INCOME**   _____

DISBURSEMENTS/EXPENSES (*INCLUDE EMPLOYER DEDUCTIONS*)
- Food   $ 96.06
- Home Expenses
  - Rent or Home Loan   _____
  - Real Estate Tax   _____
  - Gas   $ 102.50
  - Water   _____
  - Telephone   $ 72.75
  - Other Utilities (specify) Power + Cable   Road 405.15
- Home Maintenance (repairs and upkeep)   _____
- Insurance Payments
  - Life   _____
  - Health   $ 1359.00
  - Auto   $ 7/17
  - Home owners or renters
  - Other (specify) Pharmacy 1st - BC/BS   $ 1305.33
- Installments Loan Payments
  - Auto Loan   _____
  - Other loans (specify) _____   _____
- Taxes withheld or Quarterly Income Taxes   _____
- School or Day Care Expense   _____
- Laundry and Dry Cleaning   _____
- Other _____   _____

**TOTAL ALL DISBURSEMENTS/EXPENDITURES**
**TOTAL INCOME LESS TOTAL EXPENDITURES**   $ 3412.13

Beginning Cash Balance $ 543.54   Ending Cash Balance $ 681.81

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Date 2-3-2020

Bill Roberts
RESPONSIBLE PARTY

# Virtual Wallet Spend Statement
PNC Bank

For the period 10/31/2019 to 11/27/2019

BILL ROBERTS
2115 BIG COVE RD SE
HUNTSVILLE AL 35801-1347

Primary account number: -8575

Number of enclosures: 0

For 24-hour banking, and transaction or interest rate information, sign on to PNC Bank Online Banking at pnc.com.

For customer service call 1-888-PNC-BANK
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-866-HOLA-PNC

**Moving?** Please contact us at 1-888-PNC-BANK

Write to: Customer Service
PO Box 609
Pittsburgh PA 15230-9738

Visit us at PNC.com

TDD terminal: 1-800-531-1648
For hearing impaired clients only

## IMPORTANT ACCOUNT INFORMATION FOR ALL CONSUMER CHECKING CUSTOMERS

The information below amends certain information in our Consumer Schedule of Service Charges and Fees ('Schedule') and our Virtual Wallet Features and Fees ('Schedule'). All other information in our Schedule continues to apply to your account. Please read this information and retain it with your records.

Effective September 13, 2019, the $10 annual fee will no longer be assessed for the following Affinity Visa Debit Cards: Pittsburgh Pirates (PNC Park), Pittsburgh Steelers, WBS Penguins, Washington Nationals, Chicago Bears, Cincinnati Reds

If you have any questions, please feel free to stop by a local PNC Branch or call the Customer Care Center at 1-888-762-2265.

## IMPORTANT INFORMATION ABOUT CONSUMER CHECK PRICES AND QUANTITIES

Effective January 19, 2020, check order quantities for the PNC Custom and Wallet/Wallet Duplicate D check designs listed below*, will decrease from 100 to 80 checks.

Effective January 19, 2020, prices for consumer check designs, **excluding** PNC Custom and Wallet/Wallet Duplicate D check designs listed below* will increase.

**\*PNC Custom and Wallet/Wallet Duplicate D check designs:** Wallet PNC Exclusive, Wallet Duplicate PNC Exclusive, Wallet Pittsburgh Steelers, Wallet Pittsburgh Pirates, Wallet Washington Nationals, Wallet PNC Polish Check, Wallet Duplicate Wilkes-Barre Baby Penguins, Wallet Blue Safety, Wallet Green Safety, Wallet Yellow Safety, Wallet Blue Sheffield, Wallet Maroon Sheffield, Wallet Green Sheffield, Wallet Duplicate Blue Safety, Wallet Duplicate Green Safety, Wallet Duplicate Yellow Safety, Wallet Duplicate Blue Sheffield, Wallet Duplicate Maroon Sheffield and Wallet Duplicate Green Sheffield.

If you have questions regarding these changes, please call the number at the top of this statement or visit a PNC branch.

## Cyber Security Awareness

Do you know what to do if you receive a fraudulent email, text or phone call that appears to come from PNC? Forward the message to PNC at **abuse@pnc.com**. If you responded to a fraudulent text or email, clicked on a link, opened an attachment and/or disclosed personal information, immediately change your online banking password, using another device if possible. Then contact PNC Bank's Online Banking Team at **1-800-762-2035,** select 1 for personal account or 2 for a business account, then select option 3.

## Holidays Can Bring Increased Scams

# Virtual Wallet Spend Statement


For 24-hour information, sign on to PNC Bank Online Banking on pnc.com.

For the period 10/31/2019 to 11/27/2019
BILL ROBERTS
Primary account number: 8575

Watch out for Phishing, Vishing, and SMiShing scams, which often increase during the busy holiday season. These scams target potential victims via email, telephone, and text message, and are social engineering attempts to harvest sensitive personal information or to install malware onto your computer or mobile device. If a message looks suspicious, do not respond to it and do not open attachments and don't click links. Forward the message to PNC at **abuse@pnc.com**.

## Virtual Wallet Spend Account Summary

BILL ROBERTS

**Account number:** -8575

**Overdraft Protection  Provided By:** XXXXXX3166
XXXXXX3174

**Overdraft Coverage** - Your account is currently **Opted-In.**
You or your joint owner may revoke your opt-in or opt-out choice at any time.

To learn more about PNC Overdraft Solutions visit us online at pnc.com/overdraftsolutions.
Call 1-877-588-3605, visit any branch, or Sign on to PNC Online Banking , and select the "Overdraft Solutions" link under the Account Services section to manage both your Overdraft Coverage and Overdraft Protection settings.

## Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 789.06 | 3,410.00 | 3,517.25 | 681.81 |

| | | Average monthly balance | Charges and fees |
|---|---|---|---|
| | | 794.86 | .00 |

## Transaction Summary

| Checks paid/ withdrawals | Debit Card POS signed transactions | Debit Card/Bankcard POS PIN transactions |
|---|---|---|
| 1 | 17 | 2 |

| Total ATM transactions | PNC Bank ATM transactions | Other Bank ATM transactions |
|---|---|---|
| 0 | 0 | 0 |

## Interest Summary

As of 11/27, a total of **$.04** in interest was paid this year.

| Annual Percentage Yield Earned (APYE) | Number of days in interest period | Average collected balance for APYE | Interest Earned this period |
|---|---|---|---|
| 0.00% | 0 | .00 | .00 |

## Overdraft and Returned Item Fee Summary

| | Total for this Period | Total Year to Date |
|---|---|---|
| Total Overdraft Fees | .00 | 396.00 |
| Total Returned Item Fees (NSF) | .00 | 36.00 |
| Total NSF/OD Refunds | .00 | 324.00 |

## Activity Detail

### Deposits and Other Additions

There were 4 Deposits and Other Additions totaling **$3,410.00**.

| Date | Amount | Description |
|---|---|---|
| 11/08 | 575.00 | Deposit Reference No. 036507516 |
| 11/08 | 800.00 | Deposit Reference No. 036507521 |
| 11/18 | 1,300.00 | Online Transfer From 0000003017565394 |
| 11/25 | 735.00 | Deposit Reference No. 038660831 |

# Virtual Wallet Spend Statement

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com.

For the period 10/31/2019 to 11/27/2019
BILL ROBERTS
Primary account number: 8575

Account number: 8575 -

## Checks and Substitute Checks

| Check number | Amount | Date paid | Reference number |
|---|---|---|---|
| 9999 | 1,131.60 | 11/18 | 074138945 |

There is 1 check listed totaling $1,131.60

## Banking/Debit Card Withdrawals and Purchases

| Date | Amount | Description |
|---|---|---|
| 10/31 | 49.99 | 7804 Debit Card Purchase Circle K # 23684 |
| 11/04 | 11.39 | 7804 Debit Card Purchase Pharmacy First |
| 11/04 | 108.63 | 7804 Recurring Debit Card Blue Cross and Blue S |
| 11/04 | 23.00 | 7804 Recurring Debit Card Blue Cross and Blue S |
| 11/04 | 52.51 | 7804 Debit Card Purchase Dodge's #7001 |
| 11/06 | 99.00 | 7804 Debit Card Purchase Storage Sense-Huntsvil |
| 11/12 | 71.17 | 7804 Recurring Debit Card GEICO 800-8413000 Dc |
| 11/12 | 51.11 | POS Purchase Red Lobster 01 Huntsville Al |
| 11/12 | 8.27 | 7804 Debit Card Purchase Blue Plate Cafe |
| 11/12 | 600.00 | 7804 Debit Card Purchase Crestwood Medical Cent |
| 11/15 | 36.90 | POS Purchase Pharmacy First Huntsville Al |
| 11/15 | 10.12 | 7804 Debit Card Purchase Steak Out #3 |
| 11/18 | 8.27 | 7804 Debit Card Purchase Blue Plate Cafe |
| 11/18 | 11.75 | 7804 Debit Card Purchase Kfc G135438 Huntville |
| 11/19 | 30.00 | 7804 Debit Card Purchase Family Medicine Of Hun |
| 11/20 | 55.00 | 7804 Debit Card Purchase Clearview Cancer Crest |
| 11/22 | 55.00 | 7804 Debit Card Purchase Ent - Hns Of Huntsvill |
| 11/25 | 619.00 | 7804 Debit Card Purchase Ent - Hns Of Huntsvill |
| 11/27 | 6.54 | 7804 Debit Card Purchase Blue Plate Cafe |

There were 2 Debit Card/Bank card PIN POS purchases totaling $88.01

There were 17 other Banking Machine/Debit Card deductions totaling $1,819.64

## Online and Electronic Banking Deductions

| Date | Amount | Description |
|---|---|---|
| 11/07 | 209.13 | Direct Payment - Conc.Debt Hsv Draft Dbt XXXXXXXX1024 |
| 11/13 | 196.15 | Direct Payment - XXXXX9569 Comcast 8396900 1652741 |
| 11/25 | 72.72 | Web Pmt Recur- Pcs Svc T-Mobile 7988179 |

There were 3 Online or Electronic Banking Deductions totaling $478.00

## Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 10/31 | 739.07 | 11/08 | 1,610.41 | 11/18 | 785.07 | 11/25 | 688.35 |
| 11/04 | 543.54 | 11/12 | 879.86 | 11/19 | 755.07 | 11/27 | 681.81 |
| 11/06 | 444.54 | 11/13 | 683.71 | 11/20 | 700.07 | | |
| 11/07 | 235.41 | 11/15 | 636.69 | 11/22 | 645.07 | | |

# Virtual Wallet Spend Statement
PNC Bank

For the period 11/28/2019 to 12/30/2019

BILL ROBERTS
2115 BIG COVE RD SE
HUNTSVILLE AL 35801-1347

Primary account number: / 8575

Number of enclosures: 0

For 24-hour banking, and transaction or interest rate information, sign on to PNC Bank Online Banking at pnc.com.

For customer service call 1-888-PNC-BANK
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-866-HOLA-PNC

Moving? Please contact us at 1-888-PNC-BANK

Write to: Customer Service
PO Box 609
Pittsburgh PA 15230-9738

Visit us at PNC.com

TDD terminal: 1-800-531-1648
For hearing impaired clients only

## IMPORTANT INFORMATION ABOUT CONSUMER CHECK PRICES AND QUANTITIES

Effective January 19, 2020, check order quantities for the PNC Custom and Wallet/Wallet Duplicate D check designs listed below*, will decrease from 100 to 80 checks.

Effective January 19, 2020, prices for consumer check designs, **excluding** PNC Custom and Wallet/Wallet Duplicate D check designs listed below* will increase.

*PNC Custom and Wallet/Wallet Duplicate D check designs: Wallet PNC Exclusive, Wallet Duplicate PNC Exclusive, Wallet Pittsburgh Steelers, Wallet Pittsburgh Pirates, Wallet Washington Nationals, Wallet PNC Polish Check, Wallet Duplicate Wilkes-Barre Baby Penguins, Wallet Blue Safety, Wallet Green Safety, Wallet Yellow Safety, Wallet Blue Sheffield, Wallet Maroon Sheffield, Wallet Green Sheffield, Wallet Duplicate Blue Safety, Wallet Duplicate Green Safety, Wallet Duplicate Yellow Safety, Wallet Duplicate Blue Sheffield, Wallet Duplicate Maroon Sheffield and Wallet Duplicate Green Sheffield.

If you have questions regarding these changes, please call the number at the top of this statement or visit a PNC branch.

## IMPORTANT ACCOUNT INFORMATION FOR ALL CONSUMER CHECKING CUSTOMERS

The information below amends certain information in our Consumer Schedule of Service Charges and Fees (Schedule) and our Virtual Wallet Features and Fees (Schedule). All other information in our Schedule continues to apply to your account. Please read this information and retain it with your records.

Effective December 6, 2019, the annual fee for the USA Flag Visa Debit Card will be $5.00. The $5.00 annual fee is donated to the American Red Cross.

If you have any questions, please feel free to stop by a local PNC Branch or call the Customer Care Center at 1-888-762-2265.

## Cyber Security Awareness

Do you know what to do if you receive a fraudulent email, text or phone call that appears to come from PNC? Forward the message to PNC at **abuse@pnc.com**. If you responded to a fraudulent text or email, clicked on a link, opened an attachment and/or disclosed personal information, immediately change your online banking password, using another device if possible. Then contact PNC Bank's Online Banking Team at **1-800-762-2035**, select 1 for personal account or 2 for a business account, then select option 3.

## Holidays Can Bring Increased Scams

# Virtual Wallet Spend Statement

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com.

For the period 11/28/2019 to 12/30/2019
BILL ROBERTS
Primary account number: -8575

Account number: -8575 -

## Deposits and Other Additions

| Date | Amount | Description |
|---|---|---|
| 12/13 | 117.36 | Funds Transfer |
| 12/23 | 350.00 | Online Transfer |
| 12/30 | 700.00 | Online Transfer |

## Banking/Debit Card Withdrawals and Purchases

There was 1 Banking Machine Withdrawal totaling $300.00.

There were 25 other Banking Machine/Debit Card deductions totaling $1,121.27.

| Date | Amount | Description |
|---|---|---|
| 11/29 | 55.00 | 7804 Debit Card Purchase Clearview Cancer Crest |
| 11/29 | 39.96 | 7804 Debit Card Purchase Pharmacy First |
| 11/29 | 14.44 | 7804 Debit Card Purchase Dollar-General #8302 |
| 12/02 | 26.23 | 7804 Debit Card Purchase #941 Huddle House |
| 12/02 | 100.99 | 7804 Recurring Debit Card GEICO 800-8413000 Dc |
| 12/02 | 20.00 | 7804 Debit Card Purchase Pharmacy First |
| 12/02 | 46.38 | 7804 Debit Card Purchase Wal-Mart #375 |
| 12/02 | 25.41 | 7804 Debit Card Purchase Kroger #849 Huntsvill |
| 12/02 | 3.27 | 7804 Debit Card Purchase Blue Plate Cafe |
| 12/02 | 4.84 | 7804 Debit Card Purchase Walgreens #6430 |
| 12/03 | 38.14 | 7804 Debit Card Purchase #941 Huddle House |
| 12/03 | 10.00 | 7804 Debit Card Purchase Exxonmobil Huntsville |
| 12/03 | 108.63 | 7804 Recurring Debit Card Blue Cross and Blue S |
| 12/03 | 23.00 | 7804 Recurring Debit Card Blue Cross and Blue S |
| 12/04 | 57.71 | 7804 Debit Card Purchase Shell Oil 12472140008 |
| 12/04 | 55.00 | 7804 Debit Card Purchase Hsv Hosp Registration |
| 12/04 | 55.00 | 7804 Debit Card Purchase Clearview Cancer Crest |
| 12/05 | 8.27 | 7804 Debit Card Purchase Blue Plate Cafe |
| 12/05 | 54.78 | 7804 Debit Card Purchase Chevron 0053466 |
| 12/06 | 25.06 | 7804 Debit Card Purchase Chick-Fil-A #03123 |
| 12/06 | 13.00 | 7804 Debit Card Purchase Blue Plate Cafe |
| 12/09 | 99.00 | 7804 Debit Card Purchase Storage Sense-Huntsvil |
| 12/09 | 65.00 | 7804 Debit Card Purchase Pharmacy First |
| 12/09 | 71.17 | 7804 Recurring Debit Card GEICO 800-8413000 Dc |
| 12/30 | 100.99 | 7804 Recurring Debit Card GEICO 800-8413000 Dc |
| 12/30 | 300.00 | ATM Withdrawal Huntsville Downtow Huntsville Al |

## Online and Electronic Banking Deductions

There were 5 Online or Electronic Banking Deductions totaling $4,791.61.

| Date | Amount | Description |
|---|---|---|
| 12/02 | 1,800.00 | Online Transfer |
| 12/05 | 2,500.00 | Online Transfer |
| 12/11 | 222.74 | Direct Payment - Conc.Debt Hsv Draft Dbt XXXXXXXX1024 |
| 12/13 | 196.15 | Direct Payment - XXXXX9569 Comcast 8396900 6626090 |
| 12/24 | 72.72 | Web Pmt Recur- Pcs Svc T-Mobile 9839413 |

## Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 11/28 | 681.81 | 12/04 | 3,137.81 | 12/11 | 78.79 | 12/30 | 576.29 |
| 11/29 | 572.41 | 12/05 | 574.76 | 12/13 | .00 | | |
| 12/02 | 1,645.29 | 12/06 | 536.70 | 12/23 | 350.00 | | |
| 12/03 | 3,305.52 | 12/09 | 301.53 | 12/24 | 277.28 | | |