IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| ROBERTS, WILLIAM BARRIER | ) CASE NO. 18-83442-CRJ11 |
| SSN: XXX-XX-9314 | ) CHAPTER 11 |
| | ) |
| Debtor. | ) |

## MOTION TO CONTINUE CONFIRMATION HEARING
## AND ALL ASSOCIATED DEADLINES

COMES NOW William Barrier Roberts ("Debtor"), by and through undersigned counsel, and moves this Honorable Court to continue the confirmation hearing on Thursday, March 12, 2020 (the "Confirmation Hearing") and all associated deadlines set forth in the Court's Order dated November 21, 2019 [Doc 240], and as grounds therefore would show as follows:

1. Debtor has recently been diagnosed with cancer for the second time this year and is being transferred to Vanderbilt University Medical Center in Nashville, Tennessee to undergo intensive chemotherapy treatment.

2. Debtor is scheduled to begin the intensive chemotherapy treatment the week of March 9, 2020.

WHEREFORE, premises considered, Debtor moves this Honorable Court to continue the Confirmation Hearing and all associated deadlines set forth in this case from the March 12, 2020 docket, to a date to be determined by the Court.

Respectfully submitted on February 27, 2020.

*/s/ Stuart M. Maples*
STUART M. MAPLES
(ASB-1974-S69S)

MAPLES LAW FIRM, PC
200 Clinton Ave. W, Suite 1000
Huntsville, Alabama 35801
Tel: (256) 489-9779
Fax: (256) 489-9720
smaples@mapleslawfirmpc.com

**CERTIFICATE OF SERVICE**

I do hereby certify that on February 27, 2020, a copy of the foregoing document was served on the following by Electronic Case Filing a copy of the same.

Richard Blythe
Bankruptcy Administrator
richard_blythe@alnba.uscourts.gov

All parties requesting notice via CM/ECF

All parties listed on the creditor mailing matrix

                                            /s/ *Stuart M. Maples*
                                            STUART M. MAPLES