IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ROBERTS, WILLIAM BARRIER | ) | CASE NO. 18-83442-CRJ11 |
| SSN: XXX-XX-9314 | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | |

**SUPPLEMENT TO MOTION TO CONTINUE CONFIRMATION HEARING
AND ALL ASSOCIATED DEADLINES**

COMES NOW William Barrier Roberts ("Debtor"), by and through undersigned counsel, and hereby files this supplement to Debtor's Motion to Continue Confirmation Hearing and All Associated Deadlines [Doc. 305], in order to reflect the following:

1.  [Exhibit A] Letter from Vanderbilt-Ingram Cancer Center.

Respectfully submitted this the 28th day of February, 2020.

                */s/ Stuart M. Maples*
                STUART M. MAPLES
                (ASB-1974-S69S)

MAPLES LAW FIRM, PC
200 Clinton Ave. W, Suite 1000
Huntsville, Alabama 35801
(256) 489-9779 - Telephone
(256) 489-9720 – Facsimile
smaples@mapleslawfirmpc.com

## CERTIFICATE OF SERVICE

I do hereby certify that on February 28, 2020, a copy of the foregoing document was served on the following by Electronic Case Filing a copy of the same.

Richard Blythe
Bankruptcy Administrator
richard_blythe@alnba.uscourts.gov

All parties requesting notice via CM/ECF

All parties listed on the creditor mailing matrix

                                                      /s/ *Stuart M. Maples*
                                                      STUART M. MAPLES

# VANDERBILT ♥ HEALTH

Vanderbilt – Ingram Cancer Center
2220 Pierce Ave
Suite 1710
Nashville TN 37232

William Roberts
2203 Shades Crest Road
Huntsville AL 35801

February 27, 2020

To Whom It May Concern,

Mr. Roberts was seen in my clinic today and we have planned for start of chemotherapy. His first cycle will be given on March 9, 10, and 11, 2020. Each treatment will last approximately 7 hours.

Sincerely,

Elizabeth J. Davis, MD
Assistant Professor of Medicine

Patient (William Roberts)                                    DOB(3/18/1959)