IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| ROBERTS, WILLIAM BARRIER | ) CASE NO. 18-83442-CRJ11 |
| SSN: XXX-XX-9314 | ) CHAPTER 11 |
| | ) |
| Debtor. | ) |

## **DEBTOR'S DISCLOSURE OF INHERITANCE**

COMES NOW William Barrier Roberts ("Debtor"), by and through undersigned counsel, pursuant to this Court's Order dated April 20, 2020 [Doc 335], and files the following disclosure of inheritance:

1. The Debtor filed a voluntary petition for relief under Chapter 11 of Title 11, United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") on November 16, 2018.

2. On December 8, 2019, the Debtor's father, Roscoe Roberts, passed away.

3. The estimated value of Debtor's distribution is $950,000.00, less a lifetime advance of $450,000.00, which nets $500,000.00.

Respectfully submitted this the 11th day of May, 2020.

> */s/ Stuart M. Maples*
> STUART M. MAPLES
> (ASB-1974-S69S)

MAPLES LAW FIRM, PC
200 Clinton Ave. W, Suite 1000
Huntsville, Alabama 35801
(256) 489-9779 - Telephone
(256) 489-9720 – Facsimile
smaples@mapleslawfirmpc.com

## CERTIFICATE OF SERVICE

I do hereby certify that on May 11, 2020, a copy of the foregoing document was served on the following by Electronic Case Filing a copy of the same.

Richard Blythe
Bankruptcy Administrator
richard_blythe@alnba.uscourts.gov

All parties requesting notice via CM/ECF

All parties listed on the creditor mailing matrix attached hereto

/s/ *Stuart M. Maples*
STUART M. MAPLES

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1126-8<br>Case 18-83442-CRJ11<br>NORTHERN DISTRICT OF ALABAMA<br>Decatur<br>Mon May 11 10:29:10 CDT 2020 | Bullet & Barrel, LLC<br>612 Eustis Avenue<br>Huntsville, AL 35801-4114 | Callahan PC<br>301 Washington St. Ste 301<br>Huntsville, AL 35801-4892 |
| First National Bank of Pulaski<br>206 South 1st Street<br>Pulaski, TN 38478 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | SPECIALIZED LOAN SERVICING LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, CO 80129-2386 |
| SmartBank<br>c/o Justin B. Little<br>REYNOLDS, REYNOLDS & LITTLE, LLC<br>Post Office Box 2863<br>Tuscaloosa, AL 35403-2863 | U. S. Bankruptcy Court<br>400 Well Street<br>P. O. Box 2775<br>Decatur, AL 35602-2775 | *Alabama Department of Revenue<br>PO Box 327483<br>Montgomery, AL 36132-7483 |
| *American Express<br>PO Box 981535<br>El Paso, TX 79998-1535 | *Belk/Synchrony Bank<br>PO Box 530940<br>Atlanta, GA 30353-0940 | *GMFS LLC c/o SLS<br>8742 Lucent Blvd., Ste 300<br>Highlands Ranch, CO 80129-2386 |
| *Home Depot<br>PO Box 790328<br>Saint Louis, MO 63179-0328 | *Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | *North Alabama Bank<br>PO Box 669<br>Hazel Green, AL 35750-0669 |
| *Redstone Federal Credit Union<br>220  Wynn Dr.<br>Huntsville, AL 35893-0001 | 716 Harding Way SE<br>c/o Kevin C. Gray<br>Bradley Arant Boult Cummings LLP<br>200 Clinton Avenue W, Suite 900<br>Huntsville, AL 35801-4933 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| Bullet & Barrel, LLC<br>c/o Melanie Murray<br>612 Eustis Ave<br>Huntsville, AL 35801-4114 | Charlotte Schlittler<br>c/o Kevin Gray, Esq.<br>Bradley Arant Boult Cummings, LLP<br>200 Clinton Avenue West, Ste. 900<br>Huntsville, Alabama 35801-4933 | David R. Beasley<br>655 Gallatin Street<br>Huntsville, Alabama 35801-4936 |
| Dr. Rhett Blake Murray<br>612 Eustice Ave<br>Huntsville, AL 35801-4114 | First National Bank<br>2101 Clinton Avenue, Suite 101<br>Huntsville, Alabama 35805-3093 | GMFS LLC<br>c/o Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, Colorado 80129-2386 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | Jayna P. Lamar<br>1901 Sixth Avenue North<br>2400 Regions/Harbert Plaza<br>Birmingham, AL 35203 | Joyce White Vance<br>US Attorney General<br>1801 4th Ave North<br>Birmingham, AL 35203-2101 |
| Loretta Lynch US Attorney General<br>US Dept. of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0009 | Luther Strange<br>Alabama Attorney General<br>PO Box 300152<br>Montgomery, AL 36130-0152 | Melanie Murray<br>612 Eustis Ave<br>Huntsville, AL 35801-4114 |

| | | |
|---|---|---|
| North Alabama Bank<br>220 Providence Main<br>Huntsville, AL 35806-4831 | Secretary of the Treasury<br>1500 Pennsylvania Ave., NW<br>Washington, DC 20220-0001 | Smart Bank<br>PO Box 1910<br>Pigeon Forge, TN 37868-1910 |
| State of Alabama<br>Department of Revenue Legal Division<br>PO Box 320001<br>Montgomery, AL 36132-0001 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | U.S.Securities & Exchange Commission<br>Reg Director,Branch of Reorganization<br>Atlanta Regional Office,<br>Suite 900 950 East Paces Ferry Road<br>Atlanta, GA 30326-1382 |
| United States Attorney<br>Northern District of Alabama<br>1801 Fourth Avenue North<br>Birmingham, AL 35203-2101 | United States Bankruptcy Administrator<br>Northern District of Alabama<br>1800 Fifth Avenue North<br>Birmingham, AL 35203-2111 | Walter A. Dodgen<br>655 Gallatin Street<br>Huntsville, Alabama 35801-4936 |
| Blake Cantrell<br>Caldwell Banker of the Valley<br>7027 Old Madison Pike Suite 102<br>Huntsville, AL 35806-2369 | Charlotte Bentley Schlittler<br>c/o Kevin Gray<br>200 Clinton Ave W<br>Suite 900<br>Huntsville, AL 35801-4933 | David R. Beasley<br>655 Gallatin Street<br>Huntsville, AL 35801-4936 |
| Jayna Partain Lamar<br>Maynard, Cooper & Gale, P.C.<br>1901 Sixth Ave North<br>Suite 2400<br>Birmingham, AL 35203-4604 | Melanie Hammer Murray<br>612 Eustis Avenue<br>Huntsville, AL 35801-4114 | Rhett Murray<br>612 Eustis Avenue<br>Huntsville, AL 35801-4114 |
| Richard M Blythe<br>United States Bankruptcy Administrator<br>PO Box 3045<br>Decatur, AL 35602-3045 | Shannan League Roberts<br>c/o Kevin Gray<br>200 Clinton Ave W<br>Suite 900<br>Huntsville, AL 35801-4933 | Stuart M Maples<br>Maples Law Firm<br>200 Clinton Ave. West, Ste. 1000<br>Huntsville, AL 35801-4919 |
| Stuart M Maples<br>Maples Law Firm, PC<br>200 Clinton Avenue W.<br>Suite 1000<br>Huntsville, AL 35801-4919 | Walter A Dodgen<br>655 Gallatin Street<br>Huntsville, AL 35801-4936 | William Barrier Roberts<br>2115 Big Cove Rd<br>Huntsville, AL 35801-1347 |

**The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.**

| | | |
|---|---|---|
| (u)NORTH ALABAMA BANK | (u)*Citibank<br>PO Box 790046<br>MO 63170 | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |

**End of Label Matrix**
Mailable recipients     50
Bypassed recipients      3
Total                   53