IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| WILLIAM BARRIER ROBERTS, | ) | CASE NO. 18-83442-CRJ11 |
| SSN: XXX-XX-9314 | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

## NOTICE OF DEATH OF DEBTOR AND MOTION TO ALLOW THE CASE TO PROCEED TO CONFIRMATION

COMES NOW the undersigned and hereby notifies the Court that William Barrier Roberts passed away on June 6, 2020. A copy of his obituary is attached hereto as Exhibit A. Counsel requests, pursuant to Rule 1016 of the Federal Rules of Bankruptcy Procedures, that this Court allow this matter to proceed to confirmation in order to maximize the benefits for all parties in this case. Counsel believes that confirmation and consummation of the Plan are possible, and that the matter can be concluded as if the death of the Debtor had not occurred.

Respectfully submitted on June 16, 2020

/s/ Stuart M. Maples
STUART M. MAPLES
(ASB-1974-S69S)

MAPLES LAW FIRM, PC
200 Clinton Avenue West, Suite 1000
Huntsville, Alabama 35801
Tel: (256) 489-9779
Fax: (256) 489-9720
smaples@mapleslawfirmpc.com

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that on June 16, 2020, a copy of the foregoing document was served on the following by the means indicated below:

Richard Blythe
Bankruptcy Administrator
richard_blythe@alnba.uscourts.gov

Jayna P. Lamar
Stewart A. Kelly
Christian A. Pereyda
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North 2400
Regions/Harbert Plaza
Birmingham, Alabama 35203

Walter A. Dodgen
David R. Beasley
MAYNARD, COOPER & GALE, P.C.
655 Gallatin Street S.W.
Huntsville, Alabama 35801

All parties requesting notice via CM/ECF

Via U.S. Mail to all creditors on matrix

/s/ *Stuart M. Maples*
STUART M. MAPLES

# William Barrier "Bill" Roberts



Send Flowers

➤ **Share**

William 'Bill' Barrier Roberts, 61, of Huntsville, passed away Saturday, June 6, 2020. Bill (Roscoe to many) had an infections personality making lifelong friends wherever he went. Bill always had a smile and a few jokes

ready, making you laugh or blush, no matter who you were. Simply put, people were drawn to his Larger-Than-Life personality. Bill learned to play hockey when he was 5 and was a founding player for UAH's hockey team. There he was introduced as "Big Bad Bill from Billy Goat Hill" by the announcer. He was also an avid NASCAR and Bama Fan. Bill founded and operated several successful businesses over the years, but will forever be remembered as a loving father, brother, and friend to many, with a big smile and a large heart. Survivors include his daughters, Tricia and Lee Ann; and siblings, Owen, Marian, Ann, and Carl. A graveside service will be at 11:00 a.m. Friday, June 12th, at Maple Hill Cemetery. Memorials may be made to Friends of UAH Hockey, c/o Bryant Bank, 320 Pelham Ave., SW, Suite 100, Huntsville AL 35801-5051.



To Plant Memorial Trees in memory, please visit our Sympathy Store.

Published in The Huntsville Times from Jun. 9 to Jun. 10, 2020.

## MEMORIAL EVENTS



Funeral services provided by