IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ROBERTS, WILLIAM BARRIER | ) | CASE NO. 18-83442-CRJ11 |
| SSN: XXX-XX-9314 | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | |

## **SUMMARY OF BALLOTS**

COMES NOW the debtor Robert Barrier Williams, by and through undersigned counsel of record, and files the summary of ballots attached hereto as Exhibit A.

Respectfully submitted on June 16, 2020.

*/s/ Stuart M. Maples*
STUART M. MAPLES
(ASB-1974-S69S)

MAPLES LAW FIRM, PC
200 Clinton Ave. W, Suite 1000
Huntsville, Alabama 35801
Tel: (256) 489-9779
Fax: (256) 489-9720
smaples@mapleslawfirmpc.com

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ROBERTS, WILLIAM BARRIER | ) | CASE NO. 18-83442-CRJ11 |
| SSN: XXX-XX-9314 | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | |

## SUMMARY OF BALLOTS

| Class-1- Allowed Secured Claims | Creditor | Accept | Reject | Amount |
|---|---|---|---|---|
| Class 1(a) | GMFS, LLC c/o Specialized Loan Servicing, LLC | | | Property Foreclosed |
| Class-1(b) | Smart Bank | | | Property Foreclosed |

| Class 2 – Allowed Unsecured Claims | Creditor | Accept | Reject | Amount |
|---|---|---|---|---|
| | First National Bank of Pulaski | X | | $344,586.49 |
| | First National Bank of Pulaski | X | | $500,000.00 |
| | First National Bank of Pulaski | X | | $5,235,616.30 |
| | American Express National Bank | X | | $10,403.73 |
| | Citibank | X | | $9,670.50 |
| | Citibank | X | | $10,053.70 |

| Class 3 -Equity Interest Holders | Creditor | Accept | Reject | Amount |
|---|---|---|---|---|
| | William B. Roberts | | | |

| Class 4 – Shannon League Roberts Domestic Support Obligations | Creditor | Accept | Reject | Amount |
|---|---|---|---|---|
| | | | | |