IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

In re: William Barrier Roberts ) Case No.: 18-83442-CRJ-7
SSN: xxx-xx-9314 )
)
Debtor. ) Chapter 7

## ORDER ON TRUSTEE'S APPLICATION TO EMPLOY
## SPARKMAN, SHEPARD & MORRIS, P.C.

This matter came before the Court for hearing upon the Trustee's Application to Employ Sparkman, Shepard & Morris, P.C. as attorney (Doc. 380). After proper notice, a hearing was held on July 14, 2020, whereupon Kevin M. Morris appeared on behalf of the Trustee and Richard M. Blythe appeared on behalf of the Bankruptcy Administrator.

Upon consideration of the pleadings and the recommendation of the Bankruptcy Administrator, by the Court it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the Trustee's Application to Employ Sparkman, Shepard & Morris, P.C. is hereby APPROVED with the effective date of employment as June 23, 2020, which is the date the Application was filed.

Dated this the 14th day of July, 2020.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge

Prepared by:
Kevin M. Morris
Attorney for Trustee