IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| ROBERTS, WILLIAM BARRIER | ) CASE NO. 18-83442-CRJ11 |
| SSN: XXX-XX-9314 | ) CHAPTER 11 |
| | ) |
| Debtor. | ) |

**APPLICATION OF MAPLES LAW FIRM, PC,
ATTORNEYS FOR THE DEBTOR,
<u>FOR FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES</u>**

**PART I. COVER SHEET**

1. Name of Applicant: Maples Law Firm, PC

2. Date Application for Employment was filed: 11-19-18

3. Date of Order Authorizing Employment: 1-4-19

4. Professional Services Provided to: Debtor

5. Period for which Compensation is Sought: 2/1/20 – 7/31/20

6. Amount of Fees Sought: $33,482.50; Reimbursable Expenses: $15.00

7. This is a *Final Fee Application.*

8. The aggregate amount of fees and expenses approved to date: $58,368.80

9. The aggregate amount of fees and expenses allowed per the Order dated February 15, 2019 [Doc. 51]: $27,786.00

10. The 20% allowance to be approved on this application: $6696.50

11. The aggregate amount of fees and expenses paid to date: $58,268.00

Dated September 10, 2020.

/s/Stuart M. Maples
Stuart M. Maples

MAPLES LAW FIRM, PC
200 CLINTON AVE. WEST, SUITE 1000
HUNTSVILLE, AL 35801
(256) 489-9779 – TELEPHONE
(256) 489-9720 – FACSIMILE
smaples@mapleslawfirmpc.com

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| ROBERTS, WILLIAM BARRIER | ) CASE NO. 18-83442-CRJ11 |
| SSN: XXX-XX-9314 | ) CHAPTER 11 |
| | ) |
| Debtor. | ) |

## PART II – VERIFICATION OF APPLICATION FOR COMPENSATION AND EXPENSES

The undersigned, having been duly sworn, certifies that Stuart M. Maples is the person signing and certify matters contained within the Final Application for Compensation and Reimbursement for Expenses filed with this Court. All matters set forth in the Application for Compensation are true and correct to the best of his knowledge and belief.

/s/ Stuart M. Maples
STUART M. MAPLES
Affiant

SWORN TO AND SUBSCRIBED before me on September 10, 2020.

/s/Kristin Pickett
Notary Public
My Commission Expires: 5/19/21

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| ROBERTS, WILLIAM BARRIER | ) CASE NO. 18-83442-CRJ11 |
| SSN: XXX-XX-9314 | ) CHAPTER 11 |
| | ) |
| Debtor. | ) |

### PART III. FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

COMES NOW, the Maples Law Firm, P.C. and its Attorneys (hereinafter "Applicant"), as counsel for William Barrier Roberts, Debtor in Possession ("Debtor") and says:

I. INTRODUCTION

1. That Applicant makes this final application for compensation and reimbursement of actual and necessary costs and expenses incurred by it in the course of its representation of the Debtor through January 20, 2020.

2. The Chapter 11 bankruptcy petition for Debtor was filed with this Court on November 16, 2018.

3. This Court entered an order approving the employment of Stuart M. Maples and the firm of Maples Law Firm, P.C. as counsel for Debtor on January 4, 2019.

4. All services for which compensation is requested by this Applicant were performed for and on behalf of the Debtor and not on behalf of any other person.

5. The results achieved to date have required a substantial expenditure of time, energy and expertise. As a consequence, the Debtor has required active legal representation of the highest caliber on an on-going basis in order to serve its needs in the Chapter 11 proceeding.

6. Applicant makes this application under 11 U.S.C. § 330 and 331 of the Bankruptcy Code and seeks allowance of reasonable compensation for the professional services which it has rendered and for reimbursement of the actual necessary expenses which it has incurred in connection herewith.

7. Applicant has rendered services on behalf of Debtor as shown in Exhibit "A". Applicant, therefore, seeks an allowance of final compensation in the amount of $33,482.50 for professional services rendered as counsel for the Debtor and the reimbursement of actual expenses incurred in the amount of $15.00 for representation from February 1, 2020 through July 31, 2020.

8. Professional services required in this matter and described in this application were performed by an attorney who possesses experience and skills in the area in which he rendered services. Attorney fees awarded pursuant to this application shall not be shared or divided except as allowed by law.

9. Applicant represents that the allowance for final compensation and reimbursement of expenses required herein is reasonable and fully complies with § 331 of the Bankruptcy Code.

WHEREFORE, PREMISES CONSIDERED, Applicant respectfully requests that it be allowed the sum of $33,482.50 as final compensation for professional services rendered as attorney for the Debtor and for reimbursement of actual and necessary expenses incurred in the amount of $15.00 from February 1, 2020 through July 31, 2020, and that it be granted such further and additional relief as this Court may deem just and proper.

Dated September 10, 2020.

                                                    /s/ Stuart M. Maples
                                                    Stuart M. Maples
                                                    Counsel for Debtor

Maples Law Firm, P.C.
200 Clinton Ave. West, Suite 1000
Huntsville, AL 35801
(256) 489-9779 (telephone)
(256) 489-9720 (facsimile)
smaples@mapleslawfirmpc.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a true and correct copy of the foregoing document upon the following either by U.S. Mailing, proper addressed, or electronic mail on September 10, 2020.

Richard Blythe
Bankruptcy Administrator
P. O. Box 3045
Decatur, AL 35602

Kevin Morris
Attorney for Trustee
Via email: kevin@ssmattorneys.com

All parties requesting notice via the Court's ECF system

20 Largest Creditors via US Mail

/s/ Stuart M. Maples
Stuart M. Maples

**Maples Law Firm, PC**
200 Clinton Avenue West, Suite 1000
Huntsville, Alabama 35801
256.489.9779
Tax ID No. 26-2476092
**STATEMENT FOR SERVICES RENDERED**

Bill Roberts
3316 Ohara Rd. SW
Huntsville AL 35801

Page: 1
03/11/2020
Account No: 949-000M
Statement No: 113656

Chapter 11 Bankruptcy

## Fees

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 02/03/2020 | SMM | Telephonic conference with Court | 360.00 | 1.00 | 360.00 |
| 02/04/2020 | SMM | Attend mediation | 360.00 | 4.00 | 1,440.00 |
| 02/05/2020 | SMM | Worked on stock sale | 360.00 | 0.75 | 270.00 |
| 02/12/2020 | KM | Redact, finalize and e-file DIP Monthly Operating Reports for November 2019 and December 2019 | 55.00 | 0.50 | 27.50 |
| 02/13/2020 | SMM | Review Reed deposition | 360.00 | 2.00 | 720.00 |
| 02/14/2020 | SMM | Meeting with client and Callahan | 360.00 | 1.00 | 360.00 |
| | SMM | Review pretrial disclosure | 360.00 | 0.50 | 180.00 |
| 02/17/2020 | SMM | Worked on confirmation and other settlement issues | 360.00 | 4.00 | 1,440.00 |
| 02/18/2020 | KM | Review and respond to email from counsel for AMEX regarding ballot for voting on Plan | 55.00 | 0.25 | 13.75 |
| | SMM | Worked on AMEX vote | 360.00 | 0.50 | 180.00 |
| 02/24/2020 | KP | Receive and review Ballot Accepting Plan filed by AMEX National Bank, print and save to file | 125.00 | 0.25 | 31.25 |
| | KP | AP Case: Receive and review filed-stamped copy of Debtor's Objection to W&E list filed by M. Murray, M. Murray & B&B's Objection to W&E list filed by Debtor, and Reply to Debtor's Response to Motion for Summary Judgment; print and save to file | 125.00 | 0.25 | 31.25 |
| | SMM | Attend summary judgment hearing | 360.00 | 0.75 | 270.00 |
| | SMM | Worked on pretrial disclosures | 360.00 | 2.00 | 720.00 |
| 02/25/2020 | KP | Receive and review Order on Objection to Claim No. 11 filed by Murray, print and save to file | 125.00 | 0.25 | 31.25 |
| | KP | AP Case: Receive and review Order on (1) Objections to Exhibits Listed by Counterclaim Plaintiffs and (2) Counterclaims Plaintiffs' Objections to Debtor's Witness and Exhibit List, and Order (1) Approving Defendant's Motion for Summary Judgment (2) Approving Plaintiff/Counter-Defendant's Motion for Summary Judgment and (3) Extending Deadline to File Joint Pretrial Order; print, calendar and save to file; confer w/ SMM re: proposed pretrial order due 2/28; email exchange w/ C. Roote re: copies of | | | |

Bill Roberts

Chapter 11 Bankruptcy

Page: 
03/11/202
Account No: 949-000N
Statement No: 11365

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| | | deposition transcripts exhibits; receive and upload same; review and analyze Moon Construction contraction and change orders | 125.00 | 1.00 | 125.00 |
| | MEH | Discussed results of Murrays' MSJ with SMM; discussed strategy for potential dissolution of LLC in circuit court | 225.00 | 0.50 | 112.50 |
| | SMM | Meeting with client and Callahan | 360.00 | 1.00 | 360.00 |
| | SMM | Prepare for hearing | 360.00 | 5.00 | 1,800.00 |
| 02/26/2020 | KP | Receive documents from J. Callahan re: Moon Construction; scan to file and Bates Label | 125.00 | 0.75 | 93.75 |
| | SMM | Prepare for hearing | 360.00 | 3.50 | 1,260.00 |
| 02/27/2020 | KM | Draft motion to continue confirmation and associated deadlines; draft motion to continue trial date and associated deadline; forward same to SMM for further editing; finalize and e-file both motions with the Court; prepare and mail same to all creditors listed on the mailing matrix and all other parties requesting notice | 55.00 | 1.00 | 55.00 |
| | SMM | Prepare for hearing; draft motion to continue | 360.00 | 0.75 | 270.00 |
| 02/28/2020 | KP | Receive and review Order Setting Telephonic Status Conference on Motion to Continue Confirmation and all Associated Deadlines and Order Setting Telephonic Status Conference on Motion to Continue Trial and all Associated Deadlines; print, calendar and save to file; forward Moon Construction documents to D. Kelley and C. Pereyda for review and comment | 125.00 | 0.25 | 31.25 |
| | MEH | Researched judicial dissolution; memo to SMM; wait until other matters are resolved | 225.00 | 1.00 | 225.00 |
| | KM | Draft joint proposed pretrial order; forward same to SMM for further editing; draft supplement to Motion to Continue Trial and Motion to Continue Confirmation Hearing; forward same to SMM for review; finalize and e-file same with Court; prepare and mail same to all creditor listed on the mailing matrix and all other parties requesting notice | 55.00 | 1.25 | 68.75 |
| | | For Current Services Rendered | | 34.00 | 10,476.25 |
| | | Total Current Work | | | 10,476.25 |

**Maples Law Firm, PC**
200 Clinton Avenue West, Suite 1000
Huntsville, Alabama 35801
256.489.9779
Tax ID No. 26-2476092
**STATEMENT FOR SERVICES RENDERED**

Bill Roberts
3316 Ohara Rd. SW
Huntsville AL 35801

Page: 
04/09/2020
Account No: 949-000M
Statement No: 113769

Chapter 11 Bankruptcy

### Fees

| Date | | Description | Rate | Hours | |
|---|---|---|---:|---:|---:|
| 03/02/2020 | KM | Identify, gather, and organize documents pertinent to 3/2/2020 telephonic hearing; create hearing folder for same | 55.00 | 0.25 | |
| | SMM | Telephone call to client re confirmation | 360.00 | 0.75 | 270.00 |
| 03/05/2020 | KM | Prepare and mail new ballot and Order Continuing Confirmation Hearing and Related Deadlines and Extending Time for Filing Objections to Confirmation and Time for filing Ballots to all creditors listed on the mailing matrix; draft COS regarding same; finalize and e-file with Court | 55.00 | 0.75 | 41.25 |
| 03/25/2020 | KM | revise Summary of Ballots | 55.00 | 0.25 | 13.75 |
| | | For Current Services Rendered | | 2.00 | 325.00 |
| | | Total Current Work | | | 325.00 |

**Maples Law Firm, PC**
200 Clinton Avenue West, Suite 1000
Huntsville, Alabama 35801
256.489.9779
Tax ID No. 26-2476092
**STATEMENT FOR SERVICES RENDERED**

Bill Roberts
3316 Ohara Rd. SW
Huntsville AL 35801

Page: 1
05/07/2020
Account No: 949-000M
Statement No: 113864

Chapter 11 Bankruptcy

Fees

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 04/09/2020 | SMM | Worked on opposition to stay relief | 360.00 | 5.00 | 1,800.00 |
| 04/14/2020 | KM | Draft Response to Motion for Relief from Stay; pull cases from Westlaw pertinent cases to response motion; forward same to SMM for review and further editing | 55.00 | 1.75 | 96.25 |
| 04/15/2020 | KM | Review email from SMM; revise Response to Motion for Relief from Stay; email same to SMM for further review/editing; emails to and from SMM regarding same; email draft of response to J. Callahan for review and comment; | 55.00 | 0.75 | 41.25 |
|  | SMM | Worked on response to stay | 360.00 | 2.00 | 720.00 |
| 04/16/2020 | KM | Revise response to motion for relief from stay; emails to and from SMM and J. Callahan; additional revisions to motion; finalize same with corresponding exhibit; e-file same with Court | 55.00 | 0.75 | 41.25 |
|  | SMM | Prepare for hearing | 360.00 | 2.00 | 720.00 |
| 04/17/2020 | KM | Identify, gather, and organize documents pertinent to 4/20/2020 hearings; create hearing folders for same | 55.00 | 0.50 | 27.50 |
| 04/18/2020 | KM | Revise hearing folder to include Reply Brief filed by Murray and B&B; forward same to SMM | 55.00 | 0.25 | 13.75 |
| 04/20/2020 | SMM | Attend hearing on stay relief; prepare for hearing | 360.00 | 3.00 | 1,080.00 |
| 04/21/2020 | SMM | Worked on settlement | 360.00 | 4.00 | 1,440.00 |
| 04/22/2020 | SMM | Worked on settlement | 360.00 | 2.00 | 720.00 |
| 04/24/2020 | SMM | Worked on settlement | 360.00 | 2.00 | 720.00 |
| 04/25/2020 | SMM | Worked on settlement | 360.00 | 4.00 | 1,440.00 |
| 04/27/2020 | MEH | Conf with SMM re bankruptcy issues and research needs; researched procedural question and sent SMM information | 225.00 | 0.50 | 112.50 |
| 04/28/2020 | MEH | Research on executory contracts; research on conversion of estate; memos to SMM | 225.00 | 1.75 | 393.75 |

Page: 2
05/07/2020
Account No: 949-000M
Statement No: 113864

Bill Roberts

Chapter 11 Bankruptcy

|  | Rate | Hours |  |
|---|---|---|---|
| For Current Services Rendered |  | 30.25 | 9,366.25 |
| Total Current Work |  |  | 9,366.25 |

PAYMENT DUE UPON RECEIPT

Maples Law Firm, PC
200 Clinton Avenue West, Suite 1000
Huntsville, Alabama  35801
256.489.9779
Tax ID No. 26-2476092
**STATEMENT FOR SERVICES RENDERED**

Bill Roberts
3316 Ohara Rd. SW
Huntsville AL 35801

Page: 1
06/10/2020
Account No:   949-000M
Statement No:   113959

Chapter 11 Bankruptcy

Fees

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 05/05/2020 | KM | Begin draft of disclosure of inheritance; email to SMM regarding same | 55.00 | 0.50 | 27.50 |
| 05/06/2020 | SMM | Worked on disclosure of inheritance | 360.00 | 2.50 | 900.00 |
| 05/08/2020 | KM | Revise disclosure of inheritance; forward same to SMM for further editing | 55.00 | 0.25 | 13.75 |
| 05/11/2020 | KM | Emails to and from SMM; revise Debtor's Disclosure of Inheritance; finalize and e-file same with Court | 55.00 | 0.75 | 41.25 |
| 05/12/2020 | SMM | Attend emergency hearing on motion to lift stay | 360.00 | 1.50 | 540.00 |
|  | SMM | Worked on rejection of contract | 360.00 | 2.75 | 990.00 |
| 05/13/2020 | SMM | Worked on rejection | 360.00 | 2.00 | 720.00 |
| 05/28/2020 | KM | Draft proposed order on Fourth Application for Compensation; forward same to Judge's proposed orders queue | 55.00 | 0.50 | 27.50 |
|  |  | For Current Services Rendered |  | 10.75 | 3,260.00 |
|  |  | Total Current Work |  |  | 3,260.00 |

Maples Law Firm, PC
200 Clinton Avenue West, Suite 1000
Huntsville, Alabama  35801
256.489.9779
Tax ID No. 26-2476092
**STATEMENT FOR SERVICES RENDERED**

Bill Roberts
3316 Ohara Rd. SW
Huntsville AL  35801

Page: 1
07/10/2020
Account No: 949-000M
Statement No: 114046

Chapter 11 Bankruptcy

## Fees

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/01/2020 | SMM | Worked on motion to modify; motion to reject | 360.00 | 2.90 | 1,044.00 |
| 06/03/2020 | SMM | Worked on motions to amend; motion to convert | 360.00 | 2.50 | 900.00 |
| 06/04/2020 | KM | Revise Debtor's Motion for Entry of Order Authorizing Rejection of Certain Executory Contracts and Pre-Confirmation Modification of Plan; forward same to SMM for further editing | 55.00 | 0.50 | 27.50 |
| | SMM | Review agreement | 360.00 | 1.50 | 540.00 |
| 06/05/2020 | KM | Additional revisions to Debtor's Motion for Entry of Order Authorizing Rejection of Certain Executory Contracts and Pre-Confirmation Modification of Plan; finalize and attach exhibits; draft Motion to Convert to Chapter 7; forward same to SMM for further editing; finalize and e-file both Motions; prepare and mail same to all creditors on mailing matrix | 55.00 | 1.75 | 96.25 |
| 06/10/2020 | KM | Draft Notice of Death of Debtor; forward same to SMM for review | 55.00 | 0.25 | 13.75 |
| 06/12/2020 | KM | Revise Memorandum in Support of Confirmation; revise ballot summary; forward same to SMM for further editing | 55.00 | 0.50 | 27.50 |
| 06/15/2020 | SMM | Worked on memorandum and ballot summary | 360.00 | 1.50 | 540.00 |
| 06/16/2020 | KM | Meet with SMM; finalize Notice of Death of Debtor and corresponding exhibit; e-file same with Court; revise Memorandum in Support of Confirmation and Summary of Ballots; finalize and e-file both pleadings with Court; prepare and mail service copy of each to all creditors listed on the mailing matrix and all other parties requesting notice; additional revising | 55.00 | 1.75 | 96.25 |
| 06/17/2020 | SMM | Worked on memorandum and Plan | 360.00 | 4.50 | 1,620.00 |
| 06/22/2020 | KM | Identify organize and gather docs pertinent to 6/22/2020 hearing; create folder for same | 55.00 | 0.25 | 13.75 |
| | SMM | Attend hearing | 360.00 | 0.50 | 180.00 |
| 06/23/2020 | SMM | Meeting with Owen and John | 360.00 | 1.00 | 360.00 |
| 06/24/2020 | SMM | Meeting with Trustee | 360.00 | 1.00 | 360.00 |

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
| 5/2020 | SMM | Worked on Order | 360.00 | 0.50 | 180.00 |
|  |  | For Current Services Rendered |  | 20.90 | 5,999.00 |

### Expenses

| 5/2020 | Filing Fee for Motion to Convert Case to Chapter 7 | 15.00 |
|---|---|---|
|  | Total Expenses | 15.00 |
|  | Total Current Work | 6,014.00 |

Maples Law Firm, PC
200 Clinton Avenue West, Suite 1000
Huntsville, Alabama 35801
256.489.9779
Tax ID No. 26-2476092

**STATEMENT FOR SERVICES RENDERED**

Bill Roberts
3316 Ohara Rd. SW
Huntsville AL 35801

Page: 1
08/11/2020
Account No: 949-000M
Statement No: 114128

Chapter 11 Bankruptcy

Fees

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 7/01/2020 | SMM | Worked on 341 meeting | 360.00 | 0.50 | 180.00 |
| 7/02/2020 | SMM | Research inheritance issue | 360.00 | 4.00 | 1,440.00 |
| 7/06/2020 | SMM | Worked on account discovery | 360.00 | 2.00 | 720.00 |
| 7/13/2020 | KM | Emails to and from SMM regarding Trustee's Motion to Compel; identify, gather, and organize documents pertinent to 7/14/2020 hearing; create hearing folder for same; forward same to SMM | 55.00 | 0.50 | 27.50 |
| 7/14/2020 | SMM | Attend hearing | 360.00 | 0.50 | 180.00 |
| 7/17/2020 | SMM | Worked on response to requests | 360.00 | 1.25 | 450.00 |
| 7/23/2020 | KM | Draft response template to show cause order; forward same to SMM for further editing; revise same; finalize and e-file with Court; prepare and mail same to all creditors listed on the mailing matrix and all other parties requesting notice | 55.00 | 0.75 | 41.25 |
| 7/27/2020 | KM | Identify, organize, and gather documents pertinent to 7/27 hearings in BK and AP matters; create hearing folders for same | 55.00 | 0.50 | 27.50 |
| | SMM | Attend hearing | 360.00 | 0.75 | 270.00 |
| 7/29/2020 | SMM | Conference with Owen and Kevin Heard | 360.00 | 0.75 | 270.00 |
| 7/31/2020 | SMM | Attend 341 meeting | 360.00 | 1.25 | 450.00 |
| | | For Current Services Rendered | | 12.75 | 4,056.25 |
| | | Total Current Work | | | 4,056.25 |