IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ROBERTS, WILLIAM BARRIER | ) | CASE NO. 18-83442-CRJ7 |
| SSN: XXX-XX-9314 | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

**ORDER ON FINAL APPLICATION OF CALLAHAN PC
AS SPECIAL COUNSEL FOR THE DEBTOR,
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

This matter came before the Court on November 23, 2020 upon the Final Application of Callahan PC, as Special Counsel for the Debtor, for Compensation and Reimbursement of Expenses (the "Application") [Doc 426]. The Bankruptcy Administrator filed a Statement of Review of the Application on November 19, 2020 [See Doc 443]. Upon consideration by the Court, the Bankruptcy Administrator's recommendation and with no objections having been filed, it is therefore

ORDERED, ADJUDGED AND DECREED that the Final Application of Callahan PC, as Special Counsel for the Debtor, for compensation of fees in the amount of $38,241.00 and expenses in the amount of $4,260.53 is hereby APPROVED. Such fees and expenses may be paid as a Chapter 11 administrative expense as funds are available.

Dated this the 1st day of December, 2020.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge

Order prepared by:

 */s/John J. Callahan, Jr.*
JOHN J. CALLAHAN, JR.