# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| In re: William Barrier Roberts<br>SSN: xxx-xx-9314 | ) ) ) ) | Case No.: 18-83442-CRJ-7 |
| Debtor. | ) ) | CHAPTER 7 |

## ORDER ON TRUSTEE'S MOTION TO COMPEL TURNOVER

This matter came before the Court for hearing upon the Trustee's Motion to Compel Turnover (the "Motion") (Doc. 474). After proper notice, a hearing was held on April 19, 2021, whereupon Tazewell T. Shepard, IV appeared on behalf of the Chapter 7 Trustee (the "Bankruptcy Trustee"), Kevin D. Heard appeared on behalf of interested party Roscoe Owen Roberts ("Owen Roberts"), and Stuart M. Maples appeared on behalf of the Debtor, William Barrier Roberts (the "Debtor").

The Court carefully considered the Motion and arguments of Counsel, and for the reasons stated on the record it is hereby

**ORDERED, ADJUDGED and DECREED** that the Motion is hereby **APPROVED.**

**IT IS FURTHER ORDERED**, **ADJUDGED** and **DECREED** that, pursuant to 11 U.S.C. §§ 542 and 543, Owen Roberts, as trustee of the *Patricia T. Roberts and Lee Ann Grote Roberts Inter Vivos Trust* (the "**Trust**"), is hereby directed to provide a complete and detailed accounting to the Bankruptcy Trustee of all funds that the Debtor transferred to the Trust between January 1, 2020 and the present, and all expenses or other transfers of property from the Trust to any other parties between January 1, 2020 and the present; it is further

**ORDERED**, **ADJUDGED** and **DECREED** that, pursuant to 11 U.S.C. §§ 542 and 543, Owen Roberts, as trustee of the Trust, turnover to the Bankruptcy Trustee copies of all tax returns prepared or filed between January 1, 2020 and the present, copies of all records or documents used to create the aforementioned accountings and tax returns, and all recordkeeping and documentation required by Owen Roberts as trustee to maintain pursuant to Title 19 Fiduciaries and Trusts of the *Alabama Code*; it is further

**ORDERED**, **ADJUDGED** and **DECREED** that Owen Roberts, as trustee of the Trust, to turnover all cash, securities, or other property currently in his possession and transferred by the Debtor to the Trust between the commencement of the Debtor's Chapter 11 bankruptcy case to the present; it is further

**ORDERED**, **ADJUDGED** and **DECREED** that Owen Roberts, as trustee of the Trust, is directed to comply with the terms of this Order by **May 5, 2021** by **4:00 p.m., CDT.**

Dated this the 22nd day of April, 2021.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge

Prepared by:
Tazewell T. Shepard IV
Attorney for Trustee