# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| In re: William Barrier Roberts<br>SSN: xxx-xx-9314<br><br>Debtor. | Case No.: 18-83442-CRJ-7<br><br>Chapter 7 |

## TRUSTEE'S OBJECTION TO PROOF OF CLAIM OF
## SHANNAN LEAGUE ROBERTS [CLAIMS DOC. 17-1]

COMES NOW Tazewell T. Shepard III, trustee of the bankruptcy estate of the above-captioned Chapter 7 debtor (the "**Trustee**"), and shows unto this Honorable Court as follows:

### Background

1. On November 16, 2018, (the "**Petition Date**") William Barrier Roberts (the "**Debtor**") filed a petition under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. § 101 et seq. (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Northern District of Alabama, Northern Division (the "**Bankruptcy Court**").

2. This case voluntarily converted to Chapter 7 on June 22, 2020. The Bankruptcy Court appointed Tazewell T. Shepard III as the duly qualified and acting Chapter 7 trustee (the "**Trustee**").

3. This Court has subject matter jurisdiction to consider and determine this motion under 28 U.S.C. § 1334. This matter is a core proceeding under 28 U.S.C. § 157(b). Venue is proper before this Court under 28 U.S.C. §§ 1408 and 1409.

4. The Trustee brings this motion pursuant to Rule 3007 of the *Federal Rules of Bankruptcy Procedure*. In addition, this motion is a contested matter under Rule 9014 of the *Federal Rules of Bankruptcy Procedure*.

### Proof of Claim 17-1

5. On August 27, 2020, creditor Shannan League Roberts ("**Mrs. Roberts**") filed a proof of claim for $250,000.00 arising from a divorce settlement agreement (the "**Settlement**

**Agreement**"). [Claims Doc. 17-1]. It is unclear from the face of the proof of claim and its attachments how she tabulated the value of her claim.

6. The Settlement Agreement is attached to the proof of claim as an exhibit. Mrs. Roberts listed her claim as general unsecured.

7. According to the Settlement Agreement, Debtor and Mrs. Roberts consummated the agreement on August 20, 2019, one year after the Petition Date.

8. This Court never approved the Settlement Agreement, and it is void. Further, the Settlement contains numerous property transfers between Debtor and Mrs. Roberts that violate the priorities of distributions to creditors under 11 U.S.C. § 507.

9. Trustee understands that Mrs. Roberts is presently litigating her rights to proceeds from a life insurance policy described in the Settlement Agreement in an action styled *New York Life Insurance Company v. Shannan Roberts, et al.* 5:20-cv-01299-LCB before the District Court for the Northern District of Alabama (the "**Life Insurance**").

10. The bankruptcy estate claims no interest in the Life Insurance.

11. Aside from the Life Insurance, it is unclear from the Settlement Agreement what, if anything, Mrs. Roberts claims owed as a claimant from the bankruptcy estate. Accordingly, the Trustee objects to proof of claim 17-1.

WHEREFORE, premises considered, the Debtor respectively requests this Court to enter an Order: sustaining its objection to the proof of claim 17-1; and granting such relief as this Court deems just and proper.

Respectfully submitted this the 10th day of September, 2021.

> */s/ Tazewell T. Shepard IV*
> Tazewell T. Shepard III
> Tazewell T. Shepard IV
> *Attorneys to the Trustee*
>
> **SPARKMAN SHEPARD P.C.**
> P.O. Box 19045
> Huntsville, AL 35804
> (256) 512-9924

## CERTIFICATE OF SERVICE

      This is to certify that I have this the 10th day of September, 2021 served the preceding document upon Richard Blythe, *Attorney for the Bankruptcy Administrator*, Andrew Shaver, *Attorney for Shannan L. Roberts*, and Shannan L. Roberts, *Creditor*, 1411 Sierra Blvd. Huntsville, AL 35801, and all persons requesting notice by electronic service through the Court's CM/ECF system and/or by depositing said copies in the United States Mail in properly addressed envelopes with adequate postage thereon.

                                            */s/ Tazewell T. Shepard IV*
                                            Tazewell T. Shepard IV