# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| In The Matter Of: | ) | |
| | ) | |
| | ) | |
| **WILLIAM BARRIER ROBERTS,** | ) | **Case No.: 18-83442-CRJ-7** |
| | ) | |
| Debtor(s). | ) | **Chapter 7** |

## WITNESS AND EXHIBIT LIST

Shannan League Roberts, creditor and party-in-interest in the above-styled bankruptcy case, respectfully submits this Witness and Exhibit List pursuant to the Scheduling and Trial Order issued on May 3, 2022 (Doc. 539):

## <u>WITNESSES</u>

Shannan Roberts may call the following witnesses at the Trial:

1. Shannan Roberts

2. Charlotte Schlittler

3. John Watts

4. Celesta Freeman

5. Mark Kent

6. Melanie Murray

7. Rhett Murray

8. David Block

9.    Terri Nicholson Paxton

10.    Bill Bee

11.    Owens Roberts

12.    Lee Ann Roberts

13.    Tricia Roberts

14.    Carol Horton

15.    Mary Hartley

16.    Justin Little

17.    Alan Bibb

18.    Kris Sexton

19.    Cody Boswell

20.    Scott Black

21.    Alisa Black

22.    Casie Mitchell

23.    Alex Kyser Samples

24.    Any witness needed for authentication of documents.

25.    Any witness identified in witness lists by other parties of interest in this case.

## **EXHIBITS**

1.    Any and all exhibits to depositions

2.    Last Will and Testament of William Roberts

3.     Tax Returns of Shannan Roberts

4.     Household bills of Shannan and William Roberts

5.     SmartBank Records (f/k/a Southern Community Bank)

6.     Tax Notices of Shannan and William Roberts

7.     Department of Revenue Notices of Shannan and William Roberts

8.     Letters, Emails and other correspondence to/from William Roberts

9.     IRS Notices

10.    New York Life Insurance Company Records

11.    Various Promissory Notes of William Robers

12.    Spousal Joinder and Consent

13.    SLR, LLC Records/Documents

14.    RBO, LLC Records/Documents

15.    Any documents identified in exhibit lists by other parties in interest in this case.

Dated: July 7, 2022

> Respectfully submitted:
>
> /s/ James William League, III
> James William League, III
> Alabama State Bar: ASB-8273-E66J
> **_Timberlake & League, P.C._**
> 125 Holmes Avenue
> Post Office Box 2767
> Huntsville, Alabama 35804
> Telephone:  256-536-0770
> Facsimile:  256-539-0540
> Email: League@law-injury.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of July, a copy of the foregoing was filed using the CM/ECF electronic filing system, and was served upon the following parties/counsel of record by electronic mail and/or by U.S. Mail, postage prepaid:

Stuart M Maples
Maples Law Firm, PC
200 Clinton Avenue W.
Suite 1000
Huntsville, AL 35801
smaples@mapleslawfirmpc.com

Andrew J. Shaver
Bradley Arant Boult Cummings, LLP
One Federal Place
1819 5th Ave. North
Birmingham, AL 35203
ashaver@bradley.com

Tazewell Shepard
Tazewell Taylor Shepard, IV
Sparkman, Shepard & Morris, P.C.
P.O. Box 19045
Huntsville, AL 35804
ty@ssmattorneys.com
tshepard@ecf.axosfs.com

Gregory H. Revera
HARRISON & GAMMONS, P.C.
2430 L&N Drive
Huntsville, AL 35801
(256) 533-7711
greg@harrisongammons.com
dinah@harrisongammons.com

Mr. Richard M. Blythe
U.S. Bankruptcy Administrator
P.O. Box 3045

Decatur, Alabama 35602
Richard_Blythe@alnba.uscourts.gov

Kevin D. Heard
HEARD, ARY & DAURO, LLC
303 Williams Avenue
Park Plaza, Suite 921
Huntsville, Alabama 35801
kheard@heardlaw.com

/s/James William League, III
 OF COUNSEL